| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **GOLDNER CAPITAL MANAGEMENT LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4899106** | |
| 4. | **Debtor's address** | **Principal place of business** **20 East Sunrise Highway** **Valley Stream, NY 11581** Number, Street, City, State & ZIP Code  **Nassau** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **GOLDNER CAPITAL MANAGEMENT LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **GOLDNER CAPITAL MANAGEMENT LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **GOLDNER CAPITAL MANAGEMENT LLC** _____ Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 1, 2024**
MM / DD / YYYY

**X** **/s/ Samuel Goldner**                **Samuel Goldner**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Gary F. Herbst, Esq.**                Date **October 1, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Gary F. Herbst, Esq.**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone **516-826-6500**      Email address **gfh@lhmlawfirm.com**

Bar number and State

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **GCM MANAGER LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |
| Debtor | **GCM PARKSIDE LLC** | | | Relationship to you | **Affliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |
| Debtor | **GCM UP LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |
| Debtor | **GCM WASH LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |
| Debtor | **LHW MASTER TENANT LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |
| Debtor | **MISSOURI MT HOLDINGS LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **10/02/24** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GOLDNER CAPITAL MANAGEMENT LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1927 Coney Island LLC<br>c/o Steven Ross Yuniver<br>710 Avenue U<br>Brooklyn, NY 11223-4134 | | Lawsuit | | | | $0.00 |
| 7000 Cochran Road<br>25550 Chagrin Blvd<br>Suite 103<br>Beachwood, OH 44122 | | | | | | $0.00 |
| Apex Construction Mgmt<br>7366 N. Lincoln Ave<br>Suite 105<br>Lincolnwood, IL 60712 | | | | | | $0.00 |
| Baker Donelson<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202 | | | | | | $0.00 |
| Benesch Law<br>1155 6th Avenue<br>26th Floor<br>New York, NY 10036 | | | | | | $0.00 |
| Bristol Facilities Co.<br>c/o Walker Morrison<br>12140 Wickchester Lane<br>Suite 100<br>Houston, TX 77079-1211 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bristol Facilities Co.** c/o Warner & Scheurman 6 W. 18th Street, Fl 10 Attn: Jonathon D. Warner New York, NY 10011-4608 | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Capital Funding Group** 2455 House Street Baltimore, MD 21230 | | | | | | $0.00 |
| **Capital Source, LLC** 2980 Beverly Glen Circle Suite 300 Los Angeles, CA 90077 | | | **Contingent Unliquidated Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Daryl Hanes** 1372 Grantleigh Road Cleveland, OH 44121 | | | | | | $0.00 |
| **Donna Alvarez** c/o Kevin Timothy Young 801 W 47th St. Suite 107 Kansas City, MO 64112 | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Duggan Prop. Serv., Inc** c/o Kramer & Frank PC 11960 Westline Indus. Dr. Suite 180 Saint Louis, MO 63146 | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Ecapital** 8 West 40th St 14th Floor New York, NY 10018 | | | | | | $0.00 |
| **Emerald Debt 1 LLC** 152 W. 57th Street 3rd Floor New York, NY 10019 | | | | | | $0.00 |

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fenigstein & Kaufman<br>1900 Avenue of the Stars<br>Suite 2300<br>Los Angeles, CA 90067 | | | | | | $0.00 |
| Finance Holding Co. LLC<br>100 S Citrus Ave<br>Los Angeles, CA 90036 | | | Contingent<br>Unliquidated<br>Disputed | | | $2,500,000.00 |
| Greystone Emerald Group<br>2980 N.E 207th Street<br>Suite 404<br>Miami, FL 33180 | | | | | | $0.00 |
| Hunter Management<br>2201 Main St.<br>Evanston, IL 60202 | | | | | | $0.00 |
| HuschBlackwell<br>620 Bolivar Street<br>Suite 300<br>Jefferson City, MO 65101 | | | | | | $0.00 |
| Kallisti<br>Simons-Wylie<br>c/o Kevin Timothy Young<br>801 W 47th St. Suite 107<br>Kansas City, MO 64112 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

# United States Bankruptcy Court
## Eastern District of New York

In re **GOLDNER CAPITAL MANAGEMENT LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **October 1, 2024**

**/s/ Samuel Goldner**
**Samuel Goldner/Manager**
Signer/Title

Date: **October 1, 2024**

**/s/ Gary F. Herbst, Esq.**
Signature of Attorney
**Gary F. Herbst, Esq.**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

USBC-44

Rev. 9/17/98

1927 Coney Island LLC
c/o Steven Ross Yuniver
710 Avenue U
Brooklyn, NY 11223-4134


1927 Coney Island LLC
c/o Phillips & Associates
225 Broadway, Floor 39
New York, NY 10007-3007


7000 Cochran Road
25550 Chagrin Blvd
Suite 103
Beachwood, OH 44122


Apex Construction Mgmt
7366 N. Lincoln Ave
 Suite 105
Lincolnwood, IL 60712


Baker Donelson
100 Light Street
19th Floor
Baltimore, MD 21202


Benesch Law
1155 6th Avenue
26th Floor
New York, NY 10036


Benesch Law
200 Public Square
Suite 2300
Attn: Daniel J. O'Brien
Cleveland, OH 44114


Bristol Facilities Co.
c/o Walker Morrison
12140 Wickchester Lane
Suite 100
Houston, TX 77079-1211


Bristol Facilities Co.
c/o Warner & Scheurman
6 W. 18th Street, Fl 10
Attn: Jonathon D. Warner
New York, NY 10011-4608

Bristol Facilities Co.
c/o Richard Weaver
1800 Bering Drive
Suite 1050
Houston, TX 77057-3156

Capital Foresight
c/o Michael S. Ackerman
Jones, Ackerman, Ste 2300
1900 Ave of the Stars
Los Angeles, CA 90067

Capital Foresight
c/o John Zummon
Gutnicki LLP, Ste 200
4711 Golf Rd
Skokie, IL 60076

Capital Foresight
c/o Fenigstein & Kaufman
Ste 2300, S. Jack Fenigst
1900 Avenue of the Stars
Los Angeles, CA 90067

Capital Foresight
c/o Cooley LLP
The Grace Buildin
1114 Ave of the Americas
New York, NY 10036

Capital Funding Group
2455 House Street
Baltimore, MD 21230

Capital Source
c/o Michael S. Ackerman
Jones Ackerman, Ste 2300
1900 Avenue of the Stars
Los Angeles, CA 90067

Capital Source
c/o Fenigstein & Kaufman
Ste 2300, S. Jack Fenigst
1900 Avenue of the Stars
Los Angeles, CA 90067

Capital Source  
c/o Cooley LLP  
The Grace Buildin  
1114 Ave of the Americas  
New York, NY 10036


Capital Source, LLC  
2980 Beverly Glen Circle  
Suite 300  
Los Angeles, CA 90077


Capital Source, LLC  
c/o John Zummo, Esq.  
Gutnicki LLP  
4711 Golf Road, Suite 200  
Skokie, IL 60076


Daryl Hanes  
1372 Grantleigh Road  
Cleveland, OH 44121


Donna Alvarez  
c/o Kevin Timothy Young  
 801 W 47th St. Suite 107  
Kansas City, MO 64112


Donna Alvarez  
c/o Duane Mathew Dreesen  
13321 N. Outer 40 Road  
Suite 500  
Chesterfield, MO 63017


Duggan Prop. Serv., Inc  
c/o Kramer & Frank PC  
11960 Westline Indus. Dr.  
Suite 180  
Saint Louis, MO 63146


Ecapital  
8 West 40th St  
14th Floor  
New York, NY 10018


Emerald Debt 1 LLC  
152 W. 57th Street  
3rd Floor  
New York, NY 10019

Fenigstein & Kaufman
1900 Avenue of the Stars
Suite 2300
Los Angeles, CA 90067


Finance Holding Co. LLC
100 S Citrus Ave
Los Angeles, CA 90036


Greystone Emerald Group
2980 N.E 207th Street
Suite 404
Miami, FL 33180


Hunter Management
2201 Main St.
Evanston, IL 60202


HuschBlackwell
620 Bolivar Street
Suite 300
Jefferson City, MO 65101


J. David Campbell
23550 Center Ridge Road
Suite 103
Westlake, OH 44145


Kallisti Simons-Wylie
c/o Kevin Timothy Young
 801 W 47th St. Suite 107
Kansas City, MO 64112


Kallisti Simons-Wylie
c/o Duane Mathew Dreesen
13321 N. Outer 40 Road
Suite 500
Chesterfield, MO 63017


KT Black
900 SW 7th Avenue
Amarillo, TX 79101

Lasha Lewis
c/o Darin Wesley Sorrell
4378 Lindell Blvd.
Saint Louis, MO 63108


Macie J Weber
25550 Chagrin Blvd
Ste 240
Beachwood, OH 44122


Merchants Bank of Indiana
410 Monon Blvd
Carmel, IN 46032


Monticello
600 3rd Avenue
New York, NY 10116


Nat'l Fire & Marine Ins.
c/o Helper Broom, LLC
701 Market Street
Suite 1400
Saint Louis, MO 63101


Neuberger, Quinn, Gielen,
 Rubin & Gibber PA
1 South Street, 27th Fl
Attn: Brian Flank, Esq.
Baltimore, MD 21202


Omega Healthcare Investor
303 International Circle
Suite 200
Cockeysville, MD 21030


Roberta Wilson
3863 Wallingsford Road
Cleveland, OH 44121


Shift Med
7925 Jones Branch Drive
Suite 1100
Mc Lean, VA 22102

Shiftmen, LLC
c/o Jean Paul Bradshaw II
2345 Grand Blvd.
Suite 2500
Kansas City, MO 64108


Susan Goldner
22 Herrick Drive
Brooklyn, NY 11210


The Capital Foresight
Limited Partnership
2980 Beverly Glen Circle
Suite 300
Los Angeles, CA 90077


Tracy Thiemann
c/o Duane Mathew Dreesen
13321 N. Outer 40 Road
Suite 500
Chesterfield, MO 63017


Vertical Health Services
15406 Meridian Ave E
Ste 201
Puyallup, WA 98375


Victoria Jacobs
c/o Jonathan Thomas Steel
2909 Wyandotte Ave, #100
Kansas City, MO 64108


West Cnty. Prop. Holdings
c/o Matthew S. Layfield
7676 Forsythe Blvd.
Suite 800
Saint Louis, MO 63105


X-Caliber Funding LLC
3 W. Main St
Suite 103
Irvington, NY 10533

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** GOLDNER CAPITAL MANAGEMENT LLC     **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:     JUDGE:     DISTRICT/DIVISION: **Eastern District of New York**

   DEBTOR NAME: **GCM MANAGER LLC**

   CASE STILL PENDING (Y/N): **Y**     [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affiliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:     JUDGE:     DISTRICT/DIVISION: **Eastern District of New York**

   DEBTOR NAME: **GCM PARKSIDE LLC**

   CASE STILL PENDING (Y/N): **Y**     [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

   DEBTOR NAME:  **GCM UP LLC**

   CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

4. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

   DEBTOR NAME:  **GCM WASH LLC**

   CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

5. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

   DEBTOR NAME:  **LHW MASTER TENANT LLC**

   CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

6. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

   DEBTOR NAME:  **MISSOURI MT HOLDINGS LLC**

   CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate**

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Gary F. Herbst, Esq.**
**Gary F. Herbst, Esq.**
Signature of Debtor's Attorney
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.