**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Gary F. Herbst, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                       Chapter 11
                                                           Case No. 24-73789

GOLDNER CAPITAL MANAGEMENT LLC,

              Debtor.
------------------------------------------------------------X

## STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 1007(a)(1) AND 7007.1

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the undersigned certifies that the following entities, directly or indirectly own 10% or more of any class of equity interests of the Debtor:

Goldner Family Trust

Dated: October 1, 2024                              GOLDNER CAPITAL MANAGEMENT LLC

                                             By:   *s/ Samuel Goldner*
                                                          Samuel Goldner
                                                          Title: Manager