**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Gary F. Herbst, Esq.
Joseph S. Maniscalco, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                          Case No. 24-73789

GOLDNER CAPITAL MANAGEMENT LLC,

                              Debtor.
----------------------------------------------------------X

### DECLARATION OF SAMUEL GOLDNER, MANAGER OF GOLDNER CAPITAL MANAGEMENT LLC, PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

I, Sanuel Goldner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.     I am the Manager of Goldner Capital Management LLC ("Debtor" or "GCM"), having voluntarily filed a petition for reorganization under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on October 2, 2024 ("Filing Date").

2.     I submit this declaration ("Declaration") in support of the Debtor's voluntary petition and schedules ("Petition") for reorganization under Chapter 11 of the Bankruptcy Code, pursuant to Rule 1007-4 of the Local Rules of Bankruptcy Procedure for the Bankruptcy Court for the Eastern District of New York.

3.     Concurrently with the filing of the Debtor's Petition, the following affiliates of the Debtor also voluntarily filed petitions for reorganization under Chapter 11 of the Bankruptcy Code: GCM Manager LLC ("GCM Manager"), GCM Parkside LLC ("GCM Parkside"), GCM UP LLC ("GCM UP"), GCM Wash LLC ("GCM Wash"), LHW Master Tenant LLC ("LHW"), and

1

Missouri MT Holdings LLC ("MT Holdings") (collectively, "Affiliated Debtors").

4.      Except as otherwise noted herein, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon my experience and knowledge of the Debtor's operations and financial condition.

5.      The Debtor will continue to remain in possession of its assets, operate its business and manage its affairs as a debtor-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

## LOCAL RULE 1007-4 REPRESENTATIONS

### A. Business Operations

6.      GCM is the direct or indirect owner of a majority of the membership interests of, among other entities, the Debtor and the Affiliated Debtors. GCM is an investment firm focused on post-acute health care, primarily investing in real estate and operations of skilled nursing facilities. GCM has operated in 7 states, employing over 6,500 people at its peak. GCM is headquartered in Valley Stream, New York.

### B. The Debtor and the Affiliated Debtors

7.      Neither the Debtor nor any of the Affiliated Debtors have previously filed petitions for reorganization under Chapter 11 or any other chapter.

8.      No trustee, examiner or committee of creditors has been appointed or formed in the Debtor's case or in any of the Affiliated Debtors' cases.

9.      The Debtor and each Affiliated Debtor have each separately filed a schedule of the twenty (20) largest unsecured claims against their respective estates, as required by Local Rule 1007-4(a)(vi).

10.     The holders of the largest secured claims of the Debtor and the Affiliated Debtors

are as follows:

      (i)     The Capital Foresight Limited Partnership, 2980 Beverly Glen Circle, Suite 300, Los Angeles California 90077;

      (ii)    Capital Source, LLC, 2980 Beverly Glen Circle, Suite 300, Los Angeles California 90077;

      (iii)   Finance Holding Co. LLC, 100 S Citrus Ave, Los Angeles California 90036;

      (iv)   Capital Funding Group, 2455 House Street, Baltimore, Maryland 21230;

      (v)    Leslie Kahan, Chana Kahan, 1581 55th Street, Brooklyn, New York 11219; and

      (vi)   Susan Goldner, 22 Herrick Drive, Lawrence, New York 11210.

11.     All books and records of the Debtor and each Affiliated Debtor are in the possession of the respective debtor, or under the control of declarant.

12.     Neither the Debtor nor any of the Affiliated Debtors have any shares of stock that are publicly held.

13.     Neither the Debtor nor any of the Affiliated Debtors own any assets that are physically located outside the United States.

14.     Neither the Debtor nor any of the Affiliated Debtors have any property that is in the possession or custody of any other custodian, public officer, mortgagee, pledgee, assignee or any other person.

**(a) Goldner Capital Management LLC**

15.     GCM is a privately owned Delaware limited liability company formed in 2018, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. GCM operates as an investment holding company. GCM was formerly known as Solomon Investments LLC. GCM is solely owned by the Goldner Family Trust, and is

3

managed by Samuel Goldner, individually.

16.    GCM owns membership interests in GCM Parkside LLC, Parkside Union MGMT Holdings LLC, GCM Missouri LLC, Missouri MGMT Holdings LLC, GCM UP LLC, Wash Three MGMT Holdings LLC, GCM Wash LLC, and Wash Three MGMT Holdings LLC.

17.    GCM is not a small business debtor within the meaning of Bankruptcy Code section 101(51D). GCM is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B).

18.    GCM has three employees that are paid on a monthly basis on the first day of each month. The monthly payroll is approximately $45,000. GCM's employees have been paid pre-petition for the month of October 2024, pursuant to its ordinary business practice. GCM also has additional monthly expenses of $17,000, comprised of rent and employee health insurance benefits.

19.    GCM holds a business checking account at Flagstar Bank.

20.    GCM does not hold any insurance policies.

**(b) GCM Manager LLC**

21.    GCM Manager is a privately owned Delaware limited liability company formed in 2020, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. GCM Manager operates as a manager of investment holding companies. GCM Manager is solely owned and managed by Samuel Goldner, individually. GCM does not have any employees.

22.    GCM Manager is not a small business debtor within the meaning of Bankruptcy Code section 101(51D). GCM Manager is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B).

23. GCM Manager has no assets or bank accounts.

24. GCM Manager does not hold any insurance policies.

**(c) GCM Parkside LLC**

25. GCM Parkside is a privately owned Delaware limited liability company formed in 2021, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. GCM Parkside is an investment holding company and a single member owned entity entirely owned by GCM. GCM Parkside owns membership interests in Parkside Union Propco Holdings LLC and Parkside Union OP Holdings LLC. GCM Parkside does not have any operations or employees.

26. GCM Parkside is not a small business debtor within the meaning of Bankruptcy Code section 101(51D). GCM Parkside is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B).

27. GCM Parkside has no other assets or bank accounts.

28. GCM Parkside does not hold any insurance policies.

**(d) GCM UP LLC**

29. GCM UP is a privately owned Delaware limited liability company formed in 2021, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. GCM UP is an investment holding company and a single member owned entity entirely owned by GCM. GCM UP owns membership interests in UP Propco Holdings LLC and UP OP Holdings LLC. GCM UP does not have any operations or employees.

30. GCM UP is not a small business debtor within the meaning of Bankruptcy Code section 101(51D). GCM UP is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B).

31.    GCM UP has no other assets or bank accounts.

32.    GCM UP does not hold any insurance policies.

**(e) GCM Wash LLC**

33.    GCM Wash is a privately owned Delaware limited liability company formed in 2021, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. GCM Wash is an investment holding company and a single member owned entity entirely owned by GCM. GCM Wash owns membership interests in Wash Three Propco Holdings LLC and Wash Three OP Holdings LLC. GCM Wash does not have any operations or employees.

34.    GCM Wash is not a small business debtor within the meaning of Bankruptcy Code section 101(51D). GCM Wash is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B).

35.    GCM Wash has no other assets or bank accounts.

36.    GCM Wash does not hold any insurance policies.

**(f) Missouri MT Holdings LLC**

37.    MT Holdings is a privately owned Delaware limited liability company formed in 2020, with a principal place of business and mailing address at 20 East Sunrise Highway, Valley Stream, New York 11581. MT Holdings operates as an investment holding entity and holds membership interests in the following property holding companies: Siro Prop Holdings LLC, Siro Master Tenant LLC, LHW Master Tenant LLC, SRZ Master Tenant LLC and MO Master Tenant LLC. MT Holdings does not have any employees.

38.    MT Holdings is not a single asset real estate debtor within the meaning of Bankruptcy Code section 101(51B). MT Holdings is not a small business debtor within the

meaning of Bankruptcy Code section 101(51D).

39. MT Holdings has no other assets or bank accounts.

40. MT Holdings does not hold any insurance policies.

**C. Events Leading to the Chapter 11 Filing**

**(a) COVID and GCM's Initial Loan with Capital Foresight**

41. The COVID-19 pandemic caused massive disruption in the health care industry. The cost of goods rose by an average of approximately 60% and labor rates increased by close to 40%. As a result of the increased costs, and federal and state reimbursements falling short, it left entities like the Debtor in a tenuous position. In Missouri, for example, government reimbursement for GCM facilities was zero.

42. In or about May, 2022, to address the increased expenses and shortfall of government reimbursement, GCM secured a $14 million loan from Capital Source, LLC ("Loan"). Upon information and belief, Capital Source is owned and controlled by Capital Foresight Limited Partnership ("Capital Foresight").

43. As described below, these cases are the result of Capital Foresight's subsequent bad faith scheme to default GCM, wipe out GCM's investors, and take GCM's entire enterprise value for itself. The concerted effort by Capital Foresight is unmatched and audacious when seen through the lens of good faith and fair dealing.

44. At the time of the Loan, GCM's Missouri-based entity, MT Holdings, was a tenant of 19 nursing homes and the owner of the real estate of 5 of those nursing homes. MT Holdings also held a 2018 purchase option with Omega Health Investors ("Omega"), its landlord, to buy 11 skilled nursing facilities with 1,775 beds at a fixed price of $36,000 per bed ("Purchase Option"), a price significantly below the market rate of $60,000-$70,000 per bed. This option

was valued at approximately $42.6 million to $60.35 million.

**(b) The Additional Funding from Capital Foresight to GCM**

45.      In December 2022, GCM experienced significant financial strain due to hurricane damage. Capital Foresight provided additional loans of $6.2 million between December 2022 and April, 2023.

**(c) Capital Foresight Has its Own Financial Trouble**

46.      During loan negotiations, Capital Foresight's principal, Natanel Saidoff ("Saidoff"), informed me that Capital Foresight was experiencing financial issues. Apparently, Capital Foresight began defaulting on its own credit lines due to liquidity issues and impaired covenants, including defaults on credit lines, losses from declining stock prices, and lender concerns regarding its healthcare investments. GCM's Seattle-based nursing homes were profitable, while Capital Foresight's assisted living facility in Seattle was struggling. Saidoff reached out to me seeking help. I then authorized my Seattle-based portfolio CEO, William Miller ("Miller"), to do consulting work for Capital Foresight to help manage its assisted living facility. Capital Foresight's facility was restructured and became profitable. Unfortunately, my good deed came back as a collusive effort to take over the Debtors business operations. Indeed, Saidoff approached Miller and convinced him to be part of the scheme to defraud the Debtors.

**(d) Capital Foresight Forces a Default in an Attempt to Take GCM's Value for Itself**

47.      To address GCM's cash flow issues, Saidoff encouraged me to lease or sub-lease GCM's twenty operating facilities to a new entity, Vertical Health Services ("VHS"), which was operated by Miller and Saidoff, and funded by a convertible loan provided by Capital Foresight. At the same time, on or about May 31, 2023, GCM and Capital Foresight entered a restructure of the Loan and a Memorandum of Understanding, which had a waterfall agreement for the

assets that Capital Foresight had invested in, and the manner in which those assets would be liquidated and paid ("MOU").

48.    Unfortunately, this leasing arrangement between VHS and GCM's operating entities was a Trojan Horse. By October 2023, one month after the transfer of all operations to VHS under the MOU, Miller and Saidoff caused VHS to stop paying rent to GCM. Saidoff directed that the rent be used to pay the loan to Capital Foresight directly in full before any rents would be paid to GCM. Without VHS's rental income, GCM could not afford the rent due to Omega on the Missouri locations. Omega thus terminated GCM's Purchase Option which was worth $42.6 million to $60.35 million. Capital Foresight then entered into a deal with Omega to take that Purchase Option.

49.    In addition, without VHS's rental income, the Debtors could not pay debt service to VHS's affiliate Capital Foresight. This triggered the next step in the scheme and ultimately these Chapter 11 cases.

50.    In a concerted effort to strip the Debtors of their membership interests, management roles, and ability to conduct business operations, Capital Foresight sent defective default notices under the Loan without complying with the terms of the MOU, the Loan, the pledge, and other documents. For example, Capital Foresight purported to seize assets and control without even an opportunity to cure.

51.    By notices dated September 27, 2024 Capital Foresight is now trying to sell at a private UCC sale GCM's ownership interest in at least four of GCM's operating entities with a sale date having been noticed to take place as soon as October 7, 2024.

52.    Needless to say, Capital Foresight's actions are causing an avalanche of other defaults to third parties.

9

53.     During these proceedings, GCM and the other Debtors intend to seek to rehabilitate their businesses and seek all appropriate relief against Capital Foresight, Saidoff, Miller and others due to their misconduct that has caused tremendous damage to the Debtor and Affiliated Debtors.

54.     Accordingly, the Debtor commenced this Chapter 11 proceeding to: (a) obtain the benefits of the automatic stay provided by the Bankruptcy Code and allow it the breathing spell; and (b) seek all appropriate relief to maximize value for creditors and parties in interest.

55.     The Debtor believes that with the protections of this Court and the Bankruptcy Code, it will be able to protect its remaining assets, maximize value of the estate for creditors, and propose a meaningful, feasible and confirmable plan of reorganization.

**WHEREFORE**, declarant requests that the Debtor be authorized to continue in the operation and management of its business and affairs. I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2024

GOLDNER CAPITAL MANAGEMENT LLC

By:  _s/ Samuel Goldner_
Samuel Goldner
Title: Manager