**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

GOLDNER CAPITAL MANAGEMENT LLC, *et al.*,

                      Debtor.

Chapter 11
Case No. 24-73789-ast
(Joint Administration Pending)

### DECLARATION OF GLEN DWYER IN SUPPORT OF
### MOTION OF CAPITAL FUNDING, LLC FOR ENTRY OF AN ORDER
### (I) DISMISSING CHAPTER 11 CASE OF LHW MASTER TENANT LLC
### PURSUANT TO 11 U.S.C. § 1112, OR, IN THE ALTERNATIVE,
### (II) GRANTING RELIEF FROM THE AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. § 362(d)

I, Glen Dwyer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief Portfolio Officer of Capital Funding, LLC ("Capital Funding").

2.      As the Chief Portfolio Officer of Capital Funding, I have personal knowledge of the facts stated in this declaration, and they are true and correct.

3.      I submit this declaration in support of Motion of Capital Funding, LLC for Entry of an Order (I) Dismissing Chapter 11 Case of LHW Master Tenant LLC Pursuant to 11 U.S.C. § 1112, or, in the Alternative, (II) Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion") filed herewith.[1]

4.      Debtor LHW Master Tenant LLC ("LHW") obtained a $17,876,340.00 loan (the "Term Loan") from Lenders (as defined below) to purchase real property located at 2201 Glen Hendren Drive, Liberty, Missouri 64068 (the "Property"). The Term Loan is governed by that certain Loan Agreement dated as of October 1, 2021, as amended by that certain First Amendment to Loan Agreement dated as of June 1, 2023 (and as may be further amended,

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Motion.

restated, supplemented or otherwise modified from time to time, the "Loan Agreement", and all documents related thereto, the "Loan Documents"), by and among LHW as borrower, various financial institutions as are, or may from time to time become parties thereto as lenders ("Lenders") and Capital Funding as agent for Lenders.  The Term Loan is further evidenced by that certain Promissory Note dated as of October 1, 2021, in the original principal amount of $17,876,340.00 (as amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Note"), by LHW to the order of Capital Funding.  True and correct copies of the Loan Agreement and the Term Loan Note are attached hereto as **Group Exhibit A** and **Exhibit B**.

5.        LHW's obligations and performance under the Loan Agreement are secured by a first priority lien in favor of and for the benefit of Capital Funding on the Property pursuant to that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated as of October 1, 2021, and recorded on October 12, 2021 with the Clay County, Missouri Recorder of Deeds as Instrument Number 2021044434 in Book 9202, Page 23 (as amended, restated, supplemented or otherwise modified from time to time, the "Deed of Trust"). A true and correct copy of the Deed of Trust is attached hereto as **Exhibit C**.

6.        As additional security for the Term Loan, LHW and Capital Funding entered into that certain Assignment of Rents and Leases dated as of October 1, 2021 recorded on October 12, 2021 with the Clay County, Missouri Recorder of Deeds as Instrument Number 2021044435 in Book 9202, Page 24 (as amended, restated, supplemented or otherwise modified from time to time, the "Assignment of Rents and Leases").  A true and correct copy of the Assignment of Rents and Leases is attached hereto as **Exhibit D**.

7.    UCC financing statements were filed with the Delaware Secretary of State and Clay County, Missouri Recorder, reflecting the liens of Capital Funding.  True and correct copies of the recorded financing statements are attached hereto as **Group Exhibit E**.

8.    On or about June 1, 2023, the prior operator of the facility located at the Property was terminated and replaced with Glen Hendren Drive Healthcare LLC ("Current Operator").

9.    On or about July 27, 2023, in connection with the transition of operations to Current Operator, LHW and Current Operator executed that certain Subordination and Attornment Agreement dated as of July 27, 2023 and recorded on July 28, 2023 with the Clay County, Missouri Recorder of Deeds as Instrument Number 2023018148 in Book 9601, Page 85 (as amended, restated, supplemented or otherwise modified from time to time, the "Subordination and Attornment Agreement"), subordinating the Current Operator's rights under the lease of the Property to the rights of Capital Funding and Lenders under the Loan Agreement. A true and correct copy of the Subordination and Attornment Agreement is attached hereto as **Exhibit F**.

10.    In addition, on or about July 27, 2023, Capital Funding, LHW, Current Operator and eCapital Healthcare Corp. ("Operator Revolving Lender") entered into that certain Lease Payment Agreement dated as of July 27, 2023 (the "Lease Payment Agreement"), pursuant to which such parties agreed that (a) on or before one (1) business day before the date on rent is due under the operating lease between LHW and Current Operator, Current Operator shall deliver to Operator Revolving Lender a notice of borrowing in an amount sufficient to cover monthly rent due under the Current Operator Lease and Current Operator shall direct such amount to be deposited into an account held by Capital Funding  (the "Capital Funding Account") or (b) if Current Operator had sufficient funds to pay monthly rent, Current Operator could deposit such

funds directly into the Capital Funding Account without submitting a notice of borrowing to Operator Revolving Lender. A true and correct copy of the Lease Payment Agreement is attached hereto as **Exhibit G**. Capital Funding is required to promptly remit any amount by which any monthly installment deposited into the Capital Funding Account exceeds the monthly principal and interest and impound amounts otherwise payable to Capital Funding under the Loan Agreement. In addition, to the extent any monthly lease payments are sent to LHW instead of being deposited directly into the Capital Funding Account, LHW is required to hold such amounts in trust for the benefit of Capital Funding and promptly remit such funds into the Capital Funding Account.

11. On or about December 11, 2023, Capital Funding sent a letter to Current Operator demanding compliance with the Lease Payment Agreement. A true and correct copy of the Lease Payment Agreement is attached hereto as **Exhibit H**.

12. Certain events of default occurred under the Loan Agreement (collectively, the "Existing Events of Default"), and as a result thereof, notices (together, the "Default Notices") of certain of the Existing Events of Default were sent to LHW on June 30, 2022 and December 8, 2022. True and correct copies of the Default Notices are attached hereto as **Group Exhibit I**.

13. As a result of the Existing Events of Default, LHW, Capital Funding and Samuel Goldner entered into that certain Forbearance Agreement dated as of March 29, 2023, as amended by (a) that certain First Amendment to Forbearance Agreement dated as of May 28, 2023, (b) that certain Second Amendment to Forbearance Agreement dated as of August 24, 2023, and (c) that certain Third Amendment to Forbearance Agreement dated as of September 26, 2023 (and as may be further amended, restated, supplemented or otherwise modified from time to time, collectively, the "Forbearance Agreement"), pursuant to which Capital Funding

4

agreed to temporarily forbear from enforcing its rights and remedies under the Loan Documents. True and correct copies of the Forbearance Agreement are attached hereto as **Group Exhibit J**.

14.    Pursuant to that certain notice dated as of December 5, 2023, Capital Funding informed LHW of the occurrence of the termination of the Forbearance Agreement (the "Forbearance Expiration Notice"). A true and correct copy of the Forbearance Expiration Notice is attached hereto as **Exhibit K**. The Forbearance Expiration Notice also informed LHW of an additional Event of Default arising from LHW's failure to pay the entire amount of outstanding obligations under the Loan Agreement on or before the maturity date of October 1, 2023 pursuant to Section 8.1(a) of the Loan Agreement (the "Maturity Default").

15.    On September 10, 2024, Capital Funding filed a verified complaint against LHW for breach of contract in the Circuit Court of Clay County, Missouri (the "State Court"), captioned as *Capital Funding, LLC vs. LHW Master Tenant LLC et al.*, Case No. 24CY-CV09720 (the "State Court Action"). In addition, Capital Funding filed a motion for appointment of a receiver for LHW and the Property (the "Receivership Motion") in order to provide a structured process for the sale of the Property for the benefit of LHW's creditors. The Receivership Motion was scheduled to be heard by the State Court on October 24, 2024.

[Continued on Following Page]

5

Dated:  October 22, 2024

By: _____

Glen Dwyer
Chief Portfolio Officer of Capital Funding, LLC