"Earn-Out Amount Effective Rate", and the "Earn-Out Holdback" are hereby deleted in their entireties and of no further force and effect.

3. **Limited Consent – New Operator**. Effective as of the Effective Date, subject to the terms and conditions hereof, including, without limitation, the satisfaction of the conditions of effectiveness set forth in Section 8 below, Agent and Lenders hereby: (i) consent to the termination of the Existing Lease Agreement, (ii) consent to the replacement of existing Operator with New Operator, as operator of the Facility, (iii) approve the New Lease Agreement pursuant to which New Operator shall operate the Facility, (iv) consent to the termination of the Existing Management Agreement, (v) consent to the replacement of Existing Manager with New Manager, as manager of the Facility, and (vi) approve the New Management Agreement pursuant to which New Manager shall provide certain back office administrative services with respect to the Facility.

4. **Amendment to Loan Agreement – New Ennoble Operator**.

(a)    Section 1.1 Definitions. Effective as of the Effective Date, the definition of "Operator" set forth in the Loan Agreement is hereby deleted in its entirety and replaced with the following:

"Operator" means GLEN HENDREN DRIVE HEALTHCARE LLC, a Delaware limited liability company.

5. **Amendments to Loan Agreement - SOFR**.

(a)    Section 1.1 Definitions. Effective as of June 1, 2023, the following definitions set forth below are hereby added to Section 1.1 of the Loan Agreement:

"Benchmark" means (i) initially, and continuing unless and until replaced by a Benchmark Replacement pursuant to Section 2.1(c) hereof, Term SOFR, and (ii) if a Benchmark Transition Event and its related Benchmark Replacement Date have occurred with respect to Term SOFR or the then-current Benchmark, then the applicable Benchmark Replacement.

"Conforming Changes" means, with respect to any Benchmark, any technical, administrative or operational changes (including changes to the definition of "Base Rate," the definition of "interest period," timing and frequency of determining rates and making payments of interest and other administrative matters) that the Agent decides may be appropriate to reflect the adoption and implementation of such Benchmark and to permit the administration thereof by the Agent in a manner substantially consistent with market practice (or, if the Agent decides that adoption of any portion of such market practice is not administratively feasible or if the Agent determines that no market practice for the administration of such Benchmark exists, in such other manner of administration as the Agent decides is necessary in connection with the administration of this Agreement).

"Daily Simple SOFR" means, for any day, SOFR, with the conventions for this rate (which may include a lookback) being established by Agent in accordance

with the conventions for this rate selected or recommended by the Relevant Governmental Body for determining "Daily Simple SOFR" for business loans; provided, that if Agent decides that any such convention is not administratively feasible for Agent, then Agent may establish another convention in its reasonable discretion.

"ISDA Definitions" means the 2006 ISDA Definitions published by the International Swaps and Derivatives Association, Inc. or any successor thereto, as amended or supplemented from time to time, or any successor definitional booklet for interest rate derivatives published from time to time by the International Swaps and Derivatives Association, Inc. or such successor thereto.

"ISDA Fallback Adjustment" means the spread adjustment (which may be a positive or negative value or zero) that would apply for derivatives transactions referencing the ISDA Definitions to be determined upon the occurrence of an index cessation event with respect to the then-current Benchmark.

"ISDA Fallback Rate" means the rate that would apply for derivatives transactions referencing the ISDA Definitions to be effective upon the occurrence of an index cessation date with respect to the then-current Benchmark, excluding the applicable ISDA Fallback Adjustment.

"Term SOFR Administrator" means CME Group Benchmark Administration Limited (CBA) (or a successor administrator of the Term SOFR Reference Rate selected by Agent in its reasonable discretion).

"Term SOFR Reference Rate" means the forward looking term rate based on SOFR.

"Unadjusted Benchmark Replacement" means the applicable Benchmark Replacement excluding the related Benchmark Replacement Adjustment.

"U.S. Government Securities Business Day" means any day except for a Saturday, a Sunday or a day on which the Securities Industry and Financial Markets Association, or any successor thereto, recommends that the fixed income departments of its members be closed for the entire day for purposes of trading in United States government securities.

(b)    Section 1.1 Definitions. Effective as of June 1, 2023, the following definitions set forth in the Loan Agreement are hereby deleted in their entireties and replaced with the following:

"Benchmark Replacement" means, with respect to any Benchmark Transition Event, the first alternative set forth in the order below that can be determined by Agent for the applicable Benchmark Replacement Date:

(1)    the sum of (A) Daily Simple SOFR and (B) the related Benchmark Replacement Adjustment;

3

(2)      subject to the provisos at the end of this definition, the sum of: (A) the alternate rate of interest that has been selected or recommended by the Relevant Governmental Body as the replacement for the then-current Benchmark and (B) the related Benchmark Replacement Adjustment;

(3)      subject to the provisos at the end of this definition, the sum of (A) the ISDA Fallback Rate and (B) the related Benchmark Replacement Adjustment; or

(4)      the sum of: (A) the alternate rate of interest that has been selected by Agent and Borrower (subject to their mutual agreement but in the absence of any such agreement after two (2) Business Days' discussion, then that alternate benchmark rate selected by Agent in the exercise of its sole, unfettered discretion), giving due consideration to any evolving or then-prevailing market convention for determining a rate of interest for U.S. dollar-denominated floating rate syndicated credit facilities, as the replacement for the then-current Benchmark and (B) the related Benchmark Replacement Adjustment;

provided that, in the case of clauses (2) and (3) above, such rate, or the underlying rates component thereof, is or are displayed on a screen or other information service that publishes such rate or rates from time to time selected by Agent in its reasonable discretion.  Notwithstanding the foregoing or anything herein to the contrary, in no event shall the Benchmark Replacement be less than zero.

"Benchmark Replacement Adjustment" means, with respect to any replacement of the then-current Benchmark with an Unadjusted Benchmark Replacement,  the first alternative set forth in the order below that can be determined by Agent as of the applicable Benchmark Replacement Date:

(1)      subject to the proviso at the end of this definition, the spread adjustment, or method for calculating or determining such spread adjustment (which may be a positive or negative value or zero) that has been selected, endorsed or recommended by the Relevant Governmental Body for the applicable Unadjusted Benchmark Replacement;

(2)      subject to the proviso at the end of this definition, if the applicable Unadjusted Benchmark Replacement is equivalent to the ISDA Fallback Rate, then the ISDA Fallback Adjustment; or

(3)      the spread adjustment (which may be a positive or negative value or zero) that has been selected by Agent and Borrower (subject to their mutual agreement but in the absence of any such agreement after two (2) Business Days' discussion, then that adjustment selected by Agent in the exercise of its sole, unfettered discretion), giving due consideration to any evolving or then-prevailing market convention for calculating or determining such spread adjustment for U.S. dollar-denominated floating rate syndicated credit facilities utilizing the applicable Unadjusted Benchmark Replacement;

4

provided that, in the case of clauses (1) and (2) above, such adjustment is displayed on a screen or other information service that publishes such Benchmark Replacement Adjustment from time to time as selected by Agent in its reasonable discretion.

"Benchmark Replacement Date" means the earliest to occur of the following events with respect to the then-current Benchmark:

(1)    in the case of clause (1) or (2) of the definition of "Benchmark Transition Event," the later of (A) the date of the public statement or publication of information referenced therein and (B) the date on which the administrator of such Benchmark permanently or indefinitely ceases to provide such Benchmark;

(2)    in the case of clause (3) of the definition of "Benchmark Transition Event," the first date on which such Benchmark has been determined and announced by the regulatory supervisor for the administrator of such Benchmark to be non-representative (which, if the regulatory supervisor has announced a specified future date that such Benchmark will not be representative, will be such specified future date); provided that such non-representativeness will be determined by reference to the most recent statement or publication referenced in such clause (3) and even if such Benchmark continues to be provided on such date; or

(3)    in the case of clause (4) of the definition of "Benchmark Transition Event," the date of the applicable change in law.

"Benchmark Transition Event" means the occurrence of one or more of the following events with respect to the then-current Benchmark:

(1)    a public statement or publication of information by or on behalf of the administrator of such Benchmark announcing that such administrator has ceased or will cease to provide such Benchmark, permanently or indefinitely, provided that, at the time of such statement or publication, there is no successor administrator that will continue to provide such Benchmark;

(2)    a public statement or publication of information by the regulatory supervisor for the administrator of such Benchmark, the Board of Governors of the Federal Reserve System, the Federal Reserve Bank of New York, an insolvency official with jurisdiction over the administrator for such Benchmark, a resolution authority with jurisdiction over the administrator for such Benchmark or a court or an entity with similar insolvency or resolution authority over the administrator for such Benchmark, which states that the administrator of such Benchmark has ceased or will cease to provide such Benchmark permanently or indefinitely, provided that, at the time of such statement or publication, there is no successor administrator that will continue to provide such Benchmark;

(3)    a public statement or publication of information by the regulatory supervisor for the administrator of such Benchmark announcing that such Benchmark is not, or as of a specified future date will not be, representative; or

(4)    a change in law that Agent determines (which determination shall be conclusive and binding for all purposes absent manifest error) prohibits, restricts or limits the use of such Benchmark.

"Benchmark Unavailability Period" means (i) if a Benchmark Transition Event has not occurred, unless and until a Benchmark Replacement is implemented with respect to the then-current Benchmark in accordance with Section 2.1(c) below, each and every period of time for which Agent for any reason determines (which determination shall be conclusive and binding absent manifest error) that reasonable and adequate means do not exist for ascertaining the then-current Benchmark for an applicable interest period, or (ii) if a Benchmark Transition Event has occurred, the period (if any) (x) beginning at the time that a Benchmark Replacement Date has occurred if, at such time, no Benchmark Replacement has replaced the then-current Benchmark for all purposes hereunder in accordance with Section 2.1(c) and (y) ending at the time that a Benchmark Replacement has replaced the then-current Benchmark

"Determination Date" is, in the case of Term SOFR, a monthly date which is two (2) U.S. Government Securities Business Days prior to the first day of each month and effective as of the first day of such month and in the case of the Base Rate or any Benchmark Replacement, that date selected by the Agent in accordance with the terms of this Agreement.

"Effective Rate" means the per annum rate equal to Term SOFR (or the Base Rate or the then-applicable Benchmark Replacement if and as selected by Agent in accordance with the terms hereof) plus the Margin. Notwithstanding the foregoing, the Effective Rate shall in no event be less than six hundred (600) basis points (i.e., 6.00 percentage points) per annum. Agent's determination of the Effective Rate as of each Determination Date shall be conclusive and binding, absent manifest error.

"Relevant Governmental Body" means the Board of Governors of the Federal Reserve System and/or the Federal Reserve Bank of New York, or a committee officially endorsed or convened by the Board of Governors of the Federal Reserve System and/or the Federal Reserve Bank of New York or any successor thereto.

"Term SOFR" means the Term SOFR Reference Rate for a tenor of one month on the Determination Date, as such rate is published by the Term SOFR Administrator (rounded upwards, if necessary, to the next 1/100 of 1%); provided, however, that if as of 5:00 p.m. (New York City time) on any Determination Date the Term SOFR Reference Rate for a tenor of one month has not been published by the Term SOFR Administrator and a Benchmark Replacement Date with respect to the Term SOFR Reference Rate has not occurred, then Term SOFR will be the Term SOFR Reference Rate for such tenor as published by the Term SOFR Administrator on the first preceding U.S. Government Securities Business Day for which such Term SOFR Reference Rate for such tenor was published by the Term SOFR Administrator (rounded upwards, if necessary, to the next 1/100 of 1%) so long as such first preceding U.S. Government Securities Business Day is not more than three (3) U.S. Government Securities Business Days prior to such Determination Date. Notwithstanding the foregoing or anything herein

6