**GROUP EXHIBIT E**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(212) 805-8120

B. E-MAIL CONTACT AT FILER (optional)
EPULTMAN@LAATITLE.COM

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

LANDMARK ABSTRACT AGENCY, LLC

207 ROCKAWAY TURNPIKE

LAWRENCE, NY 11559

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 04:16 PM 10/05/2021**
**U.C.C. Initial Filing No: 2021 7948954**

**Service Request No:   20213432699**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LHW MASTER TENANT LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 525 CHESTNUT STREET, SUITE 102 | CEDARHURST | NY | 11516 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CAPITAL FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS AGENT ON BEHALF OF LENDERS | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1422 CLARKVIEW ROAD | BALTIMORE | MD | 21209 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets of Debtor, whether now owned or hereafter acquired, and all proceeds thereof.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

*Recorded in Clay County, Missouri*

Date and Time: **10/12/2021 at 03:49:25 PM**
Instrument Number: **2021044437**
Book: **9202**        Page: **26**

Instrument Type: UCC
Page Count: **4**
Recording Fee:    $30.00 E

*Electronically Recorded*



*Katee Porter, Recorder*

# RECORDER OF DEEDS CERTIFICATE
# CLAY COUNTY, MISSOURI

# EXEMPT DOCUMENT

This document has been recorded under exempt status pursuant to RSMO 59.310.4 and this certificate has been added to your document in compliance with the laws of the State of Missouri.



## Katee Porter
Recorder of Deeds
Clay County Courthouse
Liberty, MO 64068

THIS PAGE HAS BEEN ADDED AS THE FIRST PAGE OF YOUR DOCUMENT–DO NOT REMOVE THIS PAGE

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Robin S. Freeman, Esq.
c/o Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LHW MASTER TENANT LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 525 CHESTNUT ST, SUITE 102 | CEDARHURST | NY 11516 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Capital Funding, LLC, its successors and assigns, as Agent on behalf of Lenders | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1422 Clarkview Road | Baltimore | MD 21209 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of Debtor, whether now owned or hereafter acquired, and all proceeds thereof.

See Exhibit A attached hereto and made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
File with Clay County, Missouri Recorder's Office

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| **LHW MASTER TENANT LLC** |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME. Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME. Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

**See Exhibit A attached hereto and made a part hereof.**

17. MISCELLANEOUS:
File with Clay County, Missouri Recorder's Office

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT
## EXHIBIT A

Debtor:

LHW Master Tenant LLC
525 Chestnut St, Suite 102
Cedarhurst, NY 11516

Secured Party:

Capital Funding, LLC, its successors and
assigns, as Agent on behalf of Lenders
1422 Clarkview Road
Baltimore, MD 21209

## LEGAL DESCRIPTION

All of Lot 1, LIBERTY TERRACE FIRST PLAT, a subdivision in Liberty, Clay County,
Missouri, according to the recorded plat thereof.

FOR INFORMATION ONLY:
Address: 2201 Glenn Hendren Drive, Liberty, MO, 64068-3375
Parcel No. 11-703-00-01-002.00

*Recorded in Clay County, Missouri*
Recording Date/Time: **07/28/2023** at **09:14:40 AM**

Book: **9601**    Page: **86**

Instr #:  2023018149
Pages:  6
Fee:  $36.00

*Electronically Recorded*
LANDMARK ABSTRACT AGENCY LLC



Sandra Brock
Recorder of Deeds

# RECORDER OF DEEDS CERTIFICATE
## CLAY COUNTY, MISSOURI

# EXEMPT DOCUMENT

This document has been recorded under exempt status pursuant to RSMO 59.310.4 and this certificate has been added to your document in compliance with the laws of the State of Missouri.



## Sandra Brock
Recorder of Deeds
Clay County Courthouse
Liberty, MO 64068

THIS PAGE HAS BEEN ADDED AS THE FIRST PAGE OF YOUR DOCUMENT–DO NOT REMOVE THIS PAGE

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Robin S. Freeman, Esq.
c/o Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GLEN HENDREN DRIVE HEALTHCARE LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15406 Meridian Ave E, Suite 201 | Puyallup | WA | 98375 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Capital Funding, LLC, its successors and assigns, as Agent on behalf of Lenders | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1422 Clarkview Road | Baltimore | MD | 21209 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of Debtor, whether now owned or hereafter acquired, and all proceeds thereof.

See Exhibit A attached hereto and made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Clay County, Missouri Recorder's Office

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

**GLEN HENDREN DRIVE HEALTHCARE LLC**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | |
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**LHW Master Tenant LLC**
**525 Chestnut St, Suite 102**
**Cedarhurst, NY 11516**

16. Description of real estate:

**See Exhibit B attached hereto and made a part hereof.**

17. MISCELLANEOUS:
**To be filed with the Clay County, Missouri Recorder's Office**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT
## EXHIBIT A

DEBTOR:                                          SECURED PARTY:

GLEN HENDREN DRIVE HEALTHCARE LLC          CAPITAL FUNDING, LLC
15406 Meridian Ave E, Suite 201            1422 Clarkview Road
Puyallup, WA 98375                         Baltimore, MD 21209

## COLLATERAL

The "Collateral" means "all-assets" of the Operator, and includes all of the following, whether now owned or hereafter existing or arising: (i) the facility license (the "License") for the skilled nursing facility operated by Operator upon the Property (the "SNF"); (ii) all Medicare and Medicaid provider agreements associated with the operation of the SNF (the "Provider Agreements") whether now or hereafter in effect and all rights to payment thereunder; (iii) the Certificates of Need, if any, with respect to the SNF together with all replacements or proceeds thereof; (iv) all of Operator's deposit accounts, as such term is defined in the Uniform Commercial Code; (v) all subleases, licenses, concessions, residency agreements, occupancy agreements and other agreements for the use or occupancy made or agreed to by Operator, and any and all amendments, extensions, renewals, modifications and replacements thereof pertaining to all or any part of Operator's leasehold interest in the Property, or any possessory interest therein, whether such subleases or other agreements have been heretofore or are hereafter made or agreed to, and all rents, issues and profits and any other payments by any and all residents, patients or other sub-lessees or any third-party insurer which may hereafter become due pursuant to any such agreements or subleases, and any and all moneys, awards or other payments made or payable by any and all residents, patients or sub-lessees or any third-party insurer in lieu of rent, including, but not limited to, any damages which may hereafter become due pursuant to any such subleases or other agreements; (vi) all inventories of food, beverages and other comestibles held by Operator for sale or use at the Property and soap, paper supplies, medical supplies, drugs and all other such goods, wares and merchandise held by Operator for sale to or consumption by residents, guests or patients of the SNF and all such other goods returned to or repossessed by Operator; (vii) all licenses, permits and certificates used or useful in connection with the leasing, operation, use or occupancy of the Property and/or the SNF, including, without limitation, business licenses, state health department licenses, food service licenses, licenses to conduct business, certificates of need, air quality permits, software licenses; (viii) all of Operator's goods, furniture, furnishings, objects of art, machinery, tools, supplies, appliances, general intangibles, contract rights, franchises, licenses, certificates, permits, and all other personal property of any kind or character whatsoever as defined in and subject to the provisions of the Uniform Commercial Code, whether tangible or intangible, other than fixtures, which are now or hereafter owned by Operator and which are located within or about the Property, together with all accessories, replacements and substitutions thereto or therefore and the proceeds thereof; (vi) any accounts including, without limitation health care insurance receivables, of or receivable by Operator arising from or relating to the Property or payments due to or to be made to Operator relating to the Property under or relating to: (a) the Provider Agreements, (b) agreements with or on behalf of patients or residents of the Property (c) other similar contracts relating to the Property (or any proceeds thereof) or (d) other rights of Operator

to receive payment of any kind with respect to the Property (collectively, the "Accounts Receivable"); and (vii) any and all proceeds of each of the foregoing.

All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in that certain Subordination and Attornment Agreement (the "Agreement"), made as of July 27, 2023 by and among LHW MASTER TENANT LLC, a Delaware limited liability company, as Landlord under the Lease, and the Debtor, in favor of Secured Party, its successors and assigns, as such Agreement may be modified or amended from time to time, covering certain improved real property located in the County of Clay, State of Missouri (with a legal description as set forth in Exhibit B attached hereto) (the "Property").

## UCC FINANCING STATEMENT
## EXHIBIT B

DEBTOR:                                    SECURED PARTY:

GLEN HENDREN DRIVE HEALTHCARE LLC          CAPITAL FUNDING, LLC
15406 Meridian Ave E, Suite 201            1422 Clarkview Road
Puyallup, WA 98375                         Baltimore, MD 21209

## LEGAL DESCRIPTION

All of Lot 1, LIBERTY TERRACE FIRST PLAT, a subdivision in Liberty, Clay County, Missouri, according to the recorded plat thereof.

FOR INFORMATION ONLY:
Address: 2201 Glenn Hendren Drive, Liberty, MO, 64068-3375
Parcel No. 11-703-00-01-002.00

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**
EPULTMAN@LAATITLE.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

LANDMARK ABSTRACT AGENCY LLC

207 ROCKAWAY TPKE STE 2

LAWRENCE, NY 11559

US

Delaware Department of State
U.C.C. Filing Section
Filed: 10:10 AM 07/28/2023
U.C.C. Initial Filing No: 2023 5203251

Service Request No:  20233106738

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:**  Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GLEN HENDREN DRIVE HEALTHCARE LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c.  MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 15406 MERIDIAN AVE E, SUITE 201 | PUYALLUP | WA | 98375 | US |

2. **DEBTOR'S NAME:**  Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c.  MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAPITAL FUNDING, LLC, ITS SUCCESSORS AND ASSIGNS, AS AGENT ON BEHALF OF LENDERS | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c.  MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1422 CLARKVIEW ROAD | BALTIMORE | MD | 21209 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
All assets of Debtor, whether now owned or hereafter acquired, and all proceeds thereof.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators