**EXHIBIT G**

**EXHIBIT G**

## LEASE PAYMENT AGREEMENT

**THIS LEASE PAYMENT AGREEMENT** is dated as of July 27, 2023 (this "**Agreement**"), by and among **CAPITAL FUNDING, LLC**, a Maryland limited liability company, in its capacity as agent (and in such capacity, together with its successors and assigns, "**Mortgage Agent**") for each Mortgage Lender (as defined below), **LHW MASTER TENANT LLC**, a Delaware limited liability company ("**Owner**"), **GLEN HENDREN DRIVE HEALTHCARE LLC,** a Delaware limited liability company, ("**Operator**") and **eCAPITAL HEALTHCARE CORP.**, a Delaware corporation ( together with its successors and assigns, "**Revolving Lender**").

## WITNESSETH:

**WHEREAS**, pursuant to that certain Loan Agreement dated as of October 1, 2021 (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Loan Agreement**") by and among Owner, Mortgage Agent, and the other financial institutions who are or hereafter become parties to the Loan Agreement (individually and collectively, "**Mortgage Lender**"), Mortgage Lender made a certain loan (the "**Loan**") to Owner, which Loan which is secured by a first deed of trust on the real property and improvements listed on Schedule A attached hereto (individually and collectively, the "**Property**");

**WHEREAS**, pursuant to that certain Loan and Security Agreement dated as of the date hereof (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Revolving Credit Agreement**") by and among Operator, certain affiliates of Operator party thereto, and Revolving Lender, Revolving Lender is prepared to make certain working capital loans to Operator (the "**Revolving Loans**");

**WHEREAS**, Operator, Owner, Mortgage Agent and Revolving Lender desire to confirm their understanding with respect to the timing, manner and method of the payments required to be made by Operator under the Lease.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

On or before one (1) business day before the date on which Base Rent (as defined in the Lease) is due under the Lease, Operator or its representative shall deliver to Revolving Lender a Notice of Borrowing under the Revolving Credit Agreement (such notice hereinafter referred to as a "**Rent Payment Request**") for an amount sufficient to cover the monthly rent due under the Lease, including, without limitation, base rent, impounds and reserves (the "**Current Lease Costs**"). Operator or its representative shall direct such amount to be paid to Mortgage Agent by wire transfer to the account ("**Payment Account**") set forth below:

| | |
|---|---|
| Bank: | CFG Bank |
| | Towson, MD |
| ABA: | 052073519 |
| Account Name: | Capital Funding, LLC |
| | Custodial Clearing Account |
| Account #: | 19158021 |

Reference:            Liberty MO

Upon, in each case, (i) Revolving Lender's receipt of a Rent Payment Request and (ii) the satisfaction of all requirements set forth under the Revolving Credit Agreement, Revolving Lender shall disburse as a Revolving Loan, by wire transfer of immediately available funds to the Payment Account, an amount equal to the Current Lease Costs as set forth in the Rent Payment Request. Notwithstanding anything herein to the contrary, each of Mortgage Agent, Operator and Owner acknowledge and agree that (i) Revolving Lender shall have no liability to Mortgage Agent, Operator or Owner for computation or verification of the Current Lease Costs set forth in any Rent Payment Request, (ii) Revolving Lender shall have no liability to Mortgage Agent, Owner or Operator for Revolving Lender's refusal to honor a Rent Payment Request and (iii) that Mortgage Agent shall not be deemed to be a third party beneficiary of any financing relationship between Operator and Revolving Lender. Notwithstanding anything to the contrary set forth herein, Operator shall not be required to make the Rent Payment Request if it has sufficient funds to pay the Current Lease Costs, and in such event Operator shall have the option to directly deposit the Current Lease Costs into the Payment Account. Upon Mortgage Agent's receipt of each monthly installment of the Current Lease Costs, Mortgage Agent shall promptly thereafter remit to Owner by wire transfer the amount of the difference, if any, between the Current Lease Costs received and the monthly principal and interest and impound amounts otherwise payable by Owner to Mortgage Agent under the Loan Agreement.

Owner agrees to the payment and disbursement of the Current Lease Costs as set forth herein.  The foregoing payment direction may not be modified, amended or revoked without the written consent of Mortgage Agent.  All payments due under the Lease shall be due without prior notice or demand.  Notwithstanding anything to the contrary contained herein, Operator shall remain obligated to pay all amounts under the Lease when due to the Payment Account regardless of amount available under the Revolving Credit Agreement.

Mortgage Agent shall apply amounts paid to Mortgage Agent to the payment of the monthly payments of principal, interest, escrows and reserves and other sums then due under the Loan Agreement and the other Financing Documents or to become due within the following thirty (30) day period (based on twelve (12) thirty (30) day months).  To the extent that monthly lease payments due from Operator are not sent directly to the Mortgage Agent, but are received by Owner, such collections shall be held in trust for the benefit of Mortgage Agent and Mortgage Lenders and promptly remitted, in the form received, to the Payment Account.  No such funds received by Owner shall be commingled with other funds of Owner. Mortgage Agent acknowledges and agrees that the payment and disbursement of the Current Lease Costs as set forth herein may be less than the amount due and owing from Owner to the Mortgage Lender (a "Payment Shortfall") and that the obligations of the Operator hereunder shall be limited to making the Rent Payment Request as and when required by this Agreement and that Operator shall have no liability to Owner or Mortgage Lender for any such Payment Shortfall.

Owner and Operator acknowledge and agree that compliance with the terms of this Agreement by Owner and Operator is essential, and that Mortgage Agent and Mortgage Lenders will suffer immediate and irreparable injury and have no adequate remedy at law, if Owner or Operator fail to comply with the terms of this Agreement.

95499772v.6

This Agreement may not be modified orally or in any other manner than by an agreement in writing signed by the parties hereto and their respective successors in interest. This Agreement shall inure to the benefit of and be binding upon the parties hereto, their successors and assigns.

This Agreement may be executed in several counterparts, and all so executed shall constitute one agreement, binding on all parties hereto, notwithstanding that all parties are not signatories to the original or the same counterpart.

**[SIGNATURE PAGE(S) AND EXHIBIT(S),
IF ANY, FOLLOW THIS PAGE]**

3

95499772v.6

     **IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the day and year first above written.

**MORTGAGE AGENT:**

**CAPITAL FUNDING, LLC,**
a Maryland limited liability company

By: _____

Name:

Title:

Laura Deutsch
Director
Capital Funding, LLC

Signature Page to Lease Payment Agreement

**OWNER:**

**LHW MASTER TENANT LLC,**
a Delaware limited liability company


By: _____
Name: Samuel Goldner
Title: Authorized Person

Signature Page to Lease Payment Agreement

**OPERATOR**:

**GLEN HENDREN DRIVE HEALTHCARE LLC,**
a Delaware limited liability company

By: _____
Name: William Miller
Title: Manager

Signature Page to Lease Payment Agreement

**REVOLVING LENDER:**

**eCAPITAL HEALTHCARE CORP.,**
a Delaware corporation

By: _____
Name: Timothy Peters
Title: Authorized Signatory

Signature Page to Lease Payment Agreement

## SCHEDULE A

| Lease Agreement | Property |
|---|---|
| Operating Lease dated as of June 1, 2023 between Owner and Operator | 2201 Glen Hendren Drive, Liberty, MO 64068 |