**EXHIBIT H**

CAPITAL FUNDING, LLC

December 11, 2023

**VIA FEDERAL EXPRESS & EMAIL**

Glen Hendren Drive Healthcare LLC
15406 Meridian Ave E
Suite 201
Puyallup WA, 98375
Attention: William Miller

Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Attention: Randi S. Nathanson

**Re:    Lease Payment Agreement dated as of July 27, 2023 (as the same has been and may in the future be amended, restated, modified and in effect from time to time, the "*LPA*") by and among CAPITAL FUNDING, LLC, a Maryland limited liability company, in its capacity as agent (and in such capacity, together with its successors and assigns, "Mortgage Agent"), LHW MASTER TENANT LLC, a Delaware limited liability company ("Owner"), GLEN HENDREN DRIVE HEALTHCARE LLC, a Delaware limited liability company, ("Operator") and eCAPITAL HEALTHCARE CORP., a Delaware corporation ( together with its successors and assigns, "Revolving Lender")**

Dear Mr. Miller:

Reference is hereby made to the LPA. All capitalized terms used but not defined herein shall have the meanings assigned to them in the LPA.

Pursuant to the LPA, on or before one (1) business day before the date on which Base Rent (as defined in the Lease) is due under the Lease, Operator or its representative is required to either: (i) deliver a Rent Payment Request to Revolving Lender, or (ii) directly deposit the Current Lease Costs into the Payment Account.

As of the date hereof, Mortgage Agent has not received any Current Lease Costs from Operator. Mortgage Agent demands that Operator comply with the terms of the LPA and remit Current Lease Costs due under the Lease from and after the date hereof, including all Current Lease Costs due for the month of December, 2023, to Mortgage Agent pursuant to the terms of the LPA. To the extent Operator owes any past-due Current Lease Costs to Owner under the Lease, Operator shall remit all past-due payments of Current Lease Costs directly to Mortgage Agent pursuant to the LPA.

Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

**CAPITAL FUNDING, LLC**

By: _____

Name: _GLEN (R) BWYETT_

Title: _EXECUTIVE MANAGING DIRECTOR_

cc:     LWH Master Tenant LLC, Attention: Sam Goldner
         Fenigstein & Kaufman, Attention: Jack Fenigstein
         eCapital Healthcare Corp., Attention: Legal Department
         Kincaid, Frame & Associates Co., LPA, Attention: Timothy J. Kincaid