**GROUP EXHIBIT I**

June 30, 2022

**VIA FEDERAL EXPRESS & FACSIMILE**

525 Chestnut Street, Suite 102
Cedarhurst, NY 11516
Attention: Liberty MO

Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Attention: Daniel J. O'Brien

Re:    **Loan Agreement by and among LHW MASTER TENANT LLC, a Delaware limited liability company ("*Borrower*"), the Lenders that are party thereto, and Capital Funding, LLC, a Maryland limited liability company as Agent ("*Agent*"), dated as of October 1, 2021 (as the same has been and may in the future be amended, restated, modified and in effect from time to time, the "*Loan Agreement*")**

Dear Mr. Goldner:

Reference is hereby made to the Loan Agreement. All capitalized terms used but not defined herein shall have the meanings assigned to them in the Loan Agreement. This letter is to inform you that an Event of Default has occurred and is continuing under the Loan Agreement and Loan Documents as more fully set forth herein.

You are hereby notified that, the following Event of Default has occurred and is continuing (the "Specified Event of Default"):

- Borrower failed to comply with Section 4.12(b)(i)(C) of the Loan Agreement in that Operator failed achieve the Minimum Debt Yield Percentage requirements for the Test Period ending March 31, 2022.

Please be advised that Agent and each Lender reserves its respective rights under the Loan Agreement and hereby expressly prohibits any dividends, distributions and redemptions which may be otherwise permitted under Section 5.13 of the Loan Agreement unless and until the Specified Event of Default has been corrected or the Loan Obligations under the Loan Agreement are fully performed and indefeasibly and irrevocably paid in full in cash and the Loan Documents shall have been terminated.

You are hereby further notified that Agent and Lenders reserve the right to assert all of their available rights and remedies against Borrower, including, without limitation, those rights and remedies set forth in the Loan Agreement and other Loan Documents, including the right to charge interest at the Default Rate, and any and all rights and remedies under applicable law as Agent and Lenders determine to be appropriate. Agent and each Lender may exercise each right and remedy available to it from time to time and as often and in such order as it may determine in its sole discretion and the exercise or beginning of the exercise of any such right or remedy shall not be construed as a waiver of the right to exercise at the

84633000v.2

same time or thereafter any other right or remedy available to it. Any action or inaction Agent and Lenders determine, in their sole discretion, to take during the existence of any Event of Default (including without limitation, the imposition of default interest) shall not operate as a waiver of any Event of Default or any right or remedy under the Loan Documents, and will not be deemed to establish a course of conduct nor justify an expectation by any Borrower that Agent or Lenders will take further action or continue not to take any action and will not preclude Agent or Lenders from exercising any and all remedies available at any time thereafter. Agent and Lenders hereby further expressly reserve every right, power and remedy specifically provided by the Loan Agreement, the other Loan Documents and any related documents, now existing or hereafter existing at law, in equity or by statute and each and every right, power and remedy, whether specifically given by Borrower or otherwise existing, which may be exercised from time to time and as often and in such order as may be deemed expedient by Agent and Lenders and the exercise or beginning of the exercise of any such right, power or remedy shall not be construed as a waiver of the right to exercise at the same time or thereafter any other right, power or remedy.

Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

**CAPITAL FUNDING, LLC**

By: _____
Name: _____ Laura Deutsch _____
Title: _____ Director _____
          Capital Funding, LLC

cc:     Benesch, Friedlander, Coplan & Aronoff LLP, Attention: Daniel J. O'Brien

2

[CAPITAL FUNDING LETTERHEAD]

December 8, 2022

**VIA FEDERAL EXPRESS & EMAIL**

525 Chestnut Street, Suite 102
Cedarhurst, NY 11516
Attention: Sam Goldner

Re:    **Loan Agreement by and among LHW MASTER TENANT LLC, a Delaware limited liability company ("*Borrower*"), the Lenders that are party thereto, and Capital Funding, LLC, a Maryland limited liability company as Agent ("*Agent*"), dated as of October 1, 2021 (as the same has been and may in the future be amended, restated, modified and in effect from time to time, the "*Loan Agreement*")**

Dear Mr. Goldner:

Reference is hereby made to the Loan Agreement. All capitalized terms used but not defined herein shall have the meanings assigned to them in the Loan Agreement. This letter is to inform you that an Event of Default has occurred and is continuing under the Loan Agreement and Loan Documents as more fully set forth herein.

You are hereby notified that, in addition to the Specified Event of Default set forth in that certain reservation of rights letter dated June 30, 2022 the following Events of Default have occurred and are continuing (individually and collectively, the "Specified Event of Default"):

- Borrower failed to comply with Section 4.12(b)(i)(C) of the Loan Agreement in that Operator failed achieve the Minimum Debt Yield Percentage requirements for the Test Periods ending June 30, 2022 and September 30, 2022.

Please be advised that Agent and each Lender reserves its respective rights under the Loan Agreement and hereby expressly prohibits any dividends, distributions and redemptions which may be otherwise permitted under Section 5.13 of the Loan Agreement unless and until the Specified Event of Default has been corrected or the Loan Obligations under the Loan Agreement are fully performed and indefeasibly and irrevocably paid in full in cash and the Loan Documents shall have been terminated.

You are hereby further notified that Agent and Lenders reserve the right to assert all of their available rights and remedies against Borrower, including, without limitation, those rights and remedies set forth in the Loan Agreement and other Loan Documents, including the right to charge interest at the Default Rate, and any and all rights and remedies under applicable law as Agent and Lenders determine to be appropriate. Agent and each Lender may exercise each right and remedy available to it from time to time and as often and in such order as it may determine in its sole discretion and the exercise or beginning of the exercise of any such right or remedy shall not be construed as a waiver of the right to exercise at the same time or thereafter any other right or remedy available to it. Any action or inaction Agent and Lenders determine, in their sole discretion, to take during the existence of any Event of Default (including without limitation, the imposition of default interest) shall not operate as a waiver of any Event of Default or any right or remedy under the Loan Documents, and will not be deemed to establish a course of conduct nor justify an

90111054v.2

2

expectation by any Borrower that Agent or Lenders will take further action or continue not to take any action and will not preclude Agent or Lenders from exercising any and all remedies available at any time thereafter. Agent and Lenders hereby further expressly reserve every right, power and remedy specifically provided by the Loan Agreement, the other Loan Documents and any related documents, now existing or hereafter existing at law, in equity or by statute and each and every right, power and remedy, whether specifically given by Borrower or otherwise existing, which may be exercised from time to time and as often and in such order as may be deemed expedient by Agent and Lenders and the exercise or beginning of the exercise of any such right, power or remedy shall not be construed as a waiver of the right to exercise at the same time or thereafter any other right, power or remedy.

Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

**CAPITAL FUNDING, LLC**

By: *Laura Deutsch*
Name: Laura Deutsch
Title: Director

cc:      Benesch, Friedlander, Coplan & Aronoff LLP, Attention: Daniel J. O'Brien

90111054v.2