**AGENT:**

**CAPITAL FUNDING, LLC**, a Maryland
limited liability company

By: _____
Name: _____
Title: _____

Laura Deutsch
Director
Capital Funding, LLC

**LENDER:**

**CAPITAL FUNDING, LLC**, a Maryland
limited liability company

By: _____
Name: _____
Title: _____

Laura Deutsch
Director
Capital Funding, LLC

Signature Page to Forbearance Agreement

## CONSENT AND AGREEMENT OF GUARANTOR

The undersigned hereby represents, warrants, acknowledges and agrees as follows:

1. All capitalized terms used but not defined herein shall have the meanings ascribed in the Forbearance Agreement (the "Forbearance Agreement") to which this Consent of Guarantor is attached.

2. The undersigned consents to the terms, conditions and provisions of the Forbearance Agreement and the transactions contemplated by it.

3. The undersigned hereby reaffirms the full force and effectiveness of the Guaranty and acknowledge that their obligations under the Guaranty are separate and distinct from those of Borrower on the Loan.

4. The undersigned has no claims, offsets or defenses with respect to the payment of sums due under the Guaranty.

5. The undersign joins in the Forbearance Agreement with respect to Section 7 of the Forbearance Agreement and agree to be bound by the terms thereof.

### GUARANTOR:

_Samuel Goldner_
Samuel Goldner

Signature Page to Forbearance Agreement

## FIRST AMENDMENT TO FORBEARANCE AGREEMENT

THIS FIRST AMENDMENT TO FORBEARANCE AGREEMENT (this "Amendment") made as of May 28, 2023 (the "Effective Date"), is executed and delivered by and among Samuel Goldner, an individual (with his successors and assigns, the "Guarantor"), LHW MASTER TENANT, LLC, a Delaware limited liability company (with its successors and assigns, "Borrower"), CAPITAL FUNDING, LLC, a Maryland limited liability company, as Agent (in such capacity, "Agent") and as a Lender.

### RECITALS:

A.    The Parties hereto have entered into that certain Forbearance Agreement dated as of March 28, 2023 (the "Forbearance Agreement"). Capitalized terms used herein and not otherwise defined are given the meanings assigned them in the Forbearance Agreement.

B.    Pursuant to the Forbearance Agreement, Agent and Lenders have agreed, subject to the terms and conditions of the Forbearance Agreement, to forbear from exercising its rights and remedies with respect to certain defaults under the Loan Documents during the Forbearance Period.

C.    Under the terms of the Forbearance Agreement, the Forbearance Expiration Date is May 28, 2023.

D.    The Parties hereto desire to amend the Forbearance Agreement to extend the Forbearance Expiration Date, subject to the terms and conditions set forth herein.

NOW, THEREFORE, for and in consideration of the foregoing recitals, the covenants and agreements contained in this Amendment and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, the Parties agree as follows:

1.    Extension of Forbearance Period.  The Forbearance Expiration Date shall be extended for a period expiring no later than August 28, 2023.  Accordingly, the definition of "Forbearance Expiration Date" set forth in Section 1.1 of the Forbearance Agreement is hereby amended by replacing the date "May 28, 2023" with the date "August 28, 2023".

2.    Earn-Out Amount. The Parties hereto acknowledge that Agent has applied the amount of Ten Million and No/100 Dollars ($10,000,000.00) from the Earn-Out Holdback to partially prepay the Loan.

3.    Ratification. Except as hereby amended, the Forbearance Agreement is ratified, confirmed and reissued in all respects.

*[The remainder of this page is left intentionally blank.  The signature pages follow.]*

95521517v.2

IN WITNESS WHEREOF, the undersigned have executed this Amendment as of the year and date first set forth above.

BORROWER:

LHW MASTER TENANT, LLC,
a Delaware limited liability company

By: _____
Name:    Samuel Goldner
Title:    Authorized Person

ACKNOWLEDGED AND AGREED TO
BY GUARANTOR:

_____
Samuel Goldner

Signature Page to First Amendment to Forbearance Agreement

**AGENT AND LENDER:**

CAPITAL FUNDING, LLC,
a Maryland limited liability company

By: _____
Name: _____
Title: _____
              Laura Deutsch
                Director
          Capital Funding, LLC

## SECOND AMENDMENT TO FORBEARANCE AGREEMENT

THIS SECOND AMENDMENT TO FORBEARANCE AGREEMENT (this "Amendment") made as of August 24, 2023 (the "Effective Date"), is executed and delivered by and among SAMUEL GOLDNER, an individual (with his successors and assigns, the "Guarantor"), LHW MASTER TENANT, LLC, a Delaware limited liability company (with its successors and assigns, "Borrower"), CAPITAL FUNDING, LLC, a Maryland limited liability company, as Agent (in such capacity, "Agent") and as a Lender.

## RECITALS:

A.    The Parties hereto have entered into that certain Forbearance Agreement dated as of March 28, 2023, as amended by that certain First Amendment to Forbearance Agreement dated as of May 28, 2023 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Forbearance Agreement"). Capitalized terms used herein and not otherwise defined are given the meanings assigned them in the Forbearance Agreement.

B.    Borrower failed to "duly and punctually pay or cause to be paid the principal and interest of the Note" for the amounts due in April 1, 2023, May 1, 2023, June 1, 2023, and July 1, 2023 pursuant to Section 4.1 of the Loan Agreement, Borrower failed to cause Operator to achieve the Minimum Fixed Charge Coverage Ratio requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(A) of the Loan Agreement, Borrower failed to achieve the Minimum Debt Service Coverage Ratio requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(B) of the Loan Agreement, and Borrower failed to cause Operator to achieve the Minimum Debt Yield Percentage requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(C) of the Loan Agreement (the "Additional Defaults").

C.    Pursuant to the Forbearance Agreement, Agent and Lenders have agreed, subject to the terms and conditions of the Forbearance Agreement, to forbear from exercising its rights and remedies with respect to certain defaults under the Loan Documents, including, but not limited to, the Additional Defaults, during the Forbearance Period, except with respect to Agent's right to the remaining and all future proceeds from the receivables accounts of Operator (the "Operator Funds") pursuant to Section 2.6(a) of the Intercreditor Agreement between Agent, Borrower, LHW OP LLC, a Delaware limited liability company ("Operator"), and CNH Finance Fund I, L.P., a Delaware limited partnership ("AR Lender")("Intercreditor Agreement").

D.    Under the terms of the Forbearance Agreement, as amended by the First Amendment to Forbearance Agreement dated as of May 28, 2023, the Forbearance Expiration Date was extended for a period expiring no later than August 28, 2023.

E.    The Parties hereto desire to (i) amend the Forbearance Agreement to acknowledge the Additional Defaults and to reserve Agent's rights to the Operator Funds, subject to the terms and conditions set forth herein and the Intercreditor Agreement; and (ii) amend the Forbearance Agreement to extend the Forbearance Expiration Date, subject to the terms and conditions set forth herein.

NOW, THEREFORE, for and in consideration of the foregoing recitals, the covenants and agreements contained in this Amendment and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, the Parties agree as follows:

1.      Operator Funds. The Borrower hereto acknowledges that, during the Forbearance Period, the Agent shall have the right to direct proceeds from the Operator Funds, pursuant to the Intercreditor Agreement with the AR Lender, towards the outstanding obligations of the Loan.

2.      Extension of Forbearance Period.  The Forbearance Expiration Date shall be extended for a period expiring no later than November 26, 2023.  Accordingly, the definition of "Forbearance Expiration Date" set forth in Section 1.1 of the Forbearance Agreement is hereby amended by replacing the date "August 28, 2023" with the date "November 26, 2023".

3.      Ratification. Except as hereby amended, the Forbearance Agreement is ratified, confirmed and reissued in all respects.

*[The remainder of this page is left intentionally blank.  The signature pages follow.]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Amendment as of the year and date first set forth above.

**BORROWER:**

LHW MASTER TENANT, LLC,
a Delaware limited liability company

By: _____
Name: _____ Samuel Goldner _____
Title: _____ Principal _____

**ACKNOWLEDGED AND AGREED TO
BY GUARANTOR:**

_____
Samuel Goldner

**AGENT:**

**CAPITAL FUNDING, LLC,**
a Maryland limited liability company

By: _____

Name:

Title:

Laura Deutsch
Director
Capital Funding, LLC

**LENDER:**

**CAPITAL FUNDING, LLC,**
a Maryland limited liability company

By: _____

Name:

Title:

Laura Deutsch
Director
Capital Funding, LLC

**THIRD AMENDMENT TO FORBEARANCE AGREEMENT**

THIS THIRD AMENDMENT TO FORBEARANCE AGREEMENT (this "Amendment") made as of September 26, 2023 (the "Effective Date"), is executed and delivered by and among SAMUEL GOLDNER, an individual (with his successors and assigns, the "Guarantor"), LHW MASTER TENANT, LLC, a Delaware limited liability company (with its successors and assigns, "Borrower"), CAPITAL FUNDING, LLC, a Maryland limited liability company, as Agent (in such capacity, "Agent") and as a Lender.

**RECITALS:**

A.     The Parties hereto have entered into that certain Forbearance Agreement dated as of March 28, 2023 (the "Original Forbearance Agreement"), as amended by that certain First Amendment to Forbearance Agreement dated as of May 28, 2023 (the "First Amendment to Forbearance Agreement") and that certain Second Amendment to Forbearance Agreement dated as of August 24, 2023 (the "Second Amendment to Forbearance Agreement"; together with the Original Forbearance Agreement and the First Amendment to Forbearance Agreement, collectively, as may be amended, restated, supplemented or otherwise modified from time to time, the "Forbearance Agreement"). Capitalized terms used herein and not otherwise defined are given the meanings assigned them in the Forbearance Agreement.

B.     The Parties hereto desire to: (i) suspend Monthly Principal Payments effective as of  April 1, 2023, and (ii) amend the definition of "Additional Defaults" set forth in the Second Amendment to Forbearance Agreement, subject to the terms and conditions set forth herein.

NOW, THEREFORE, for and in consideration of the foregoing recitals, the covenants and agreements contained in this Amendment and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, the Parties agree as follows:

1.     Suspension of Amortization. Agent's and Lender's right to charge Monthly Principal Payments is suspended effective as of April 1, 2023. Notwithstanding the forgoing, Agent and Lender may resume Monthly Principal Payments at any time in their sole discretion.

2.     Additional Defaults.  The definition of "Additional Defaults" as set forth in the Second Amendment to Forbearance Agreement is hereby deleted in its entirety and replaced with the following: "Borrower failed to cause Operator to achieve the Minimum Fixed Charge Coverage Ratio requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(A) of the Loan Agreement, Borrower failed to achieve the Minimum Debt Service Coverage Ratio requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(B) of the Loan Agreement, and Borrower failed to cause Operator to achieve the Minimum Debt Yield Percentage requirements for the Test Period ending June 30, 2023 pursuant to Section 4.12(b)(i)(C) of the Loan Agreement".

3.     Ratification. Except as hereby amended, the Forbearance Agreement is ratified, confirmed and reissued in all respects.

98621171v.2

2

*[The remainder of this page is left intentionally blank.  The signature pages follow.]*

2

     **IN WITNESS WHEREOF,** the undersigned have executed this Amendment as of the year and date first set forth above.

**BORROWER:**

LHW MASTER TENANT, LLC,
a Delaware limited liability company

By:_____
Name: _____Samuel Goldner_____
Title: _____Principal_____

**ACKNOWLEDGED AND AGREED TO
BY GUARANTOR:**

_____
Samuel Goldner

**AGENT AND LENDER:**

CAPITAL FUNDING, LLC,
a Maryland limited liability company

By: _____
Name: _____
Title: _____

Laura Deutsch<br>Director<br>Capital Funding, LLC