**Fill in this information to identify the case:**

Debtor name    **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF NEW YORK**

Case number (if known)    **24-73789**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2024**    X **/s/ Samuel Goldner**
Signature of individual signing on behalf of debtor

**Samuel Goldner**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GOLDNER CAPITAL MANAGEMENT LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **24-73789** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1927 Coney Island LLC**<br>**c/o Sinayskaya Yuniver PC**<br>**710 Avenue U**<br>**Brooklyn, NY 11223-4134** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$765,386.64** |
| **7000 Cochran Road**<br>**25550 Chagrin Blvd**<br>**Suite 103**<br>**Beachwood, OH 44122** | | **Lawsuit** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$2,000,000.00** |
| **Advantage Capital**<br>**1180 Avenues of America**<br>**21st Floor**<br>**New York, NY 10036** | | **Guaranty** | **Contingent** | | | **$2,500,000.00** |
| **Align Executive Search**<br>**c/o Relin Goldstein Crane**<br>**28 East Main St**<br>**Suite 1800**<br>**Rochester, NY 14614** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$115,000.00** |
| **Apex Construction Mgmt**<br>**7366 N. Lincoln Ave**<br>**Suite 105**<br>**Lincolnwood, IL 60712** | | | **Contingent Unliquidated Disputed** | | | **$1,500,000.00** |
| **Benesch Law**<br>**1155 6th Avenue**<br>**26th Floor**<br>**New York, NY 10036** | | **Legal Services** | | | | **$175,000.00** |

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | | Case number *(if known)* | 24-73789 |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Bristol Facilities Co.** c/o Walker Morrison **12140 Wickchester Lane Suite 100 Houston, TX 77079-1211** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$296,645.92** |
| **Capital Funding Group 2455 House Street Baltimore, MD 21230** | | **Guaranty** | **Contingent** | | | **$8,100,000.00** |
| **eCapital 8 West 40th St 14th Floor New York, NY 10018** | | **Revolver line of credit** | **Contingent** | | | **$100,000.00** |
| **Emerald Debt 1 LLC 152 W. 57th Street 3rd Floor New York, NY 10019** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$12,546,390.00** |
| **Fenigstein & Kaufman 1900 Avenue of the Stars Suite 2300 Los Angeles, CA 90067** | | **Legal Services** | | | | **$100,000.00** |
| **Greystone Emerald Group 2980 N.E 207th Street Suite 404 Miami, FL 33180** | | **Guaranty** | **Contingent** | | | **$13,000,000.00** |
| **Hunter Management 2201 Main St. Evanston, IL 60202** | | **Loan** | **Unliquidated** | | | **$5,250,000.00** |
| **Husch Blackwell 620 Bolivar Street Suite 300 Jefferson City, MO 65101** | | **Legal Services** | | | | **$150,000.00** |
| **MonticelloAM, LLC 600 3rd Avenue New York, NY 10116** | | **Guaranty** | **Contingent** | | | **$6,750,000.00** |
| **Neuberger, Quinn, Gielen, Rubin & Gibber PA 1 South Street, 27th Fl Attn: Brian Flank, Esq. Baltimore, MD 21202** | | **Legal Services** | | | | **$75,000.00** |

Debtor  **GOLDNER CAPITAL MANAGEMENT LLC**
_____     Case number _(if known)_  __24-73789__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Normandy Insurance Co. c/o Panteris & Panteris 35-16 Bell Boulevard Suite 201 Bayside, NY 11361** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$526,844.00** |
| **Shiftmed, LLC c/o Lanthrop GPM 2345 Grand Blvd. Suite 2200 Kansas City, MO 64108** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$492,583.40** |
| **Vertical Health Services 15406 Meridian Ave E Ste 201 Puyallup, WA 98375** | | | **Contingent Disputed** | | | **$5,248,219.99** |
| **X-Caliber Funding LLC 3 W. Main St Suite 103 Irvington, NY 10533** | | **Guaranty** | **Contingent** | | | **$4,000,000.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **24-73789**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $     **1,820,794.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     **1,820,794.65**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **27,434,882.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **65,401,974.88**

4.    **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b      $     **92,836,856.88**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **24-73789**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flagstar Bank, N.A.** | **Business Checking** | **2181** | **$385.42** |
| 3.2. | **Flagstar Bank, N.A.** | **Payroll Account** | **2173** | **$0.00** |
| 3.3. | **Chase Bank** | **Petty Cash** | **5839** | **$609.23** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$994.65** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor     **GOLDNER CAPITAL MANAGEMENT LLC**                                    Case number *(If known)*  **24-73789**
Name

|   | | |
|---|---|---|
| 7.1. | **Office Lease Security Deposit - 20 Sunrise LLC** | **$69,300.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                    **$69,300.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|   |   | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **See Attachment A** | % | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**          Case number *(If known)*  **24-73789**
          _____
          Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous office furnishings, computers, laptops, printer** | **$0.00** | | **$500.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                                              **$500.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Domain: gcapmgmt.com** | **Unknown** | | **Unknown** |
| **Debtor's slack channel** | **Unknown** | | **Unknown** |

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**          Case number *(If known)* **24-73789**
          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
          Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---:|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Goldner Capital Management, LLC, et. al. v. Mayer, NY Supreme Queens County, 718050/2024**                                **Unknown**

| Nature of claim | **Declaratory Judgment/Temporary Retraining Order** |
|---|---|
| Amount requested | **$0.00** |

      **7000 Cochran Holdings, LLC v. Goldner Capital Management LLC, et al.**
      **CV-23-984979, Ohio, Cuyahoga County**                                **$1,750,000.00**

| Nature of claim | **Counterclaim** |
|---|---|
| Amount requested | **$1,750,000.00** |

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number *(If known)*  **24-73789** |
|--------|----------------------|----------------------|
|        | Name                 |                      |

**Potential claims against Capital Source, LLC, Saidoff Foresight, L.P., The Capital Foresight Limited Partnership, Vertical Health Services, Netanel Saidoff and William Miller including breach of the implied covenant of good faith and fair dealing, breach of fiduciary duty, tortious interference with contract, and related business tort claims arising from the Debtors' dealings with such entities and individuals since 2022.**

**Unknown**

**Nature of claim**

**Amount requested**                                              **$0.00**

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | $1,750,000.00 |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**                                    Case number *(If known)*  **24-73789**
          Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $994.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $69,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,750,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,820,794.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,820,794.65 |

In re    **GOLDNER CAPITAL MANAGEMENT LLC**                                   Case No.    **24-73789**
                                        Debtor(s)

# SCHEDULE A/B - PROPERTY
## Attachment A

**ATTACHMENT A**

**Schedule B #15**
**SoFA #25**

| Entity | EIN | Formation Date | Owner | Membership Interest |
|---|---|---|---|---|
| Camb MGMT Holdings LLC | Disregarded | September 8, 2020 | Goldner Capital Management LLC | 99% |
| Cleveland Two MGMT LLC | 85-1876293 | July 9, 2020 | Goldner Capital Management LLC | 99% |
| GCM 2019 MO-11 LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| GCM Alamo LLC | None | March 29, 2022 | Goldner Capital Management LLC | 100% |
| GCM Camb LLC | Disregarded | September 8, 2020 | Goldner Capital Management LLC | 100% |
| GCM Chattanooga LLC | None | October 5, 2021 | Goldner Capital Management LLC | 100% |
| GCM Cleveland LLC | Disregarded | June 17, 2020 | Goldner Capital Management LLC | 100% |
| GCM Expenses LLC | None | January 2, 2020 | Goldner Capital Management LLC | 99% |
| GCM HHC MO LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| GCM Hospice Missouri LLC | Disregarded | June 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM Hospice Ohio LLC | 86-1511922 | November 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM Missouri LLC | None | January 2, 2020 | Goldner Capital Management LLC | 100% |
| GCM OH LLC | Disregarded | January 5, 2021 | Goldner Capital Management LLC | 100% |
| GCM Ohio LLC | Disregarded | July 10, 2020 | Goldner Capital Management LLC | 100% |
| GCM Operating LLC | None | July 12, 2019 | Goldner Capital Management LLC | 100% |
| GCM Parkside LLC | 86-158594 | January 6, 2021 | Goldner Capital Management LLC | 100% |
| GCM RRG LLC | None | September 29, 2021 | Goldner Capital Management LLC | 100% |
| GCM St Joe LLC | None | July 28, 2022 | Goldner Capital Management LLC | 100% |
| GCM Texas LLC | Disregarded | October 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM UP LLC | Disregarded | January 21, 2021 | Goldner Capital Management LLC | 100% |
| GCM Wash LLC | Disregarded | January 21, 2021 | Goldner Capital Management LLC | 100% |
| GCM West LLC | None | February 10, 2022 | Goldner Capital Management LLC | 100% |
| Missouri MGMT Holdings LLC | 87-3875344 | January 2, 2020 | Goldner Capital Management LLC | 100% |
| OH MGMT Holdings LLC | Disregarded | January 5, 2021 | Goldner Capital Management LLC | 99% |
| Ohio Four MGMT Holdings LLC | 85-2660125 | July 28, 2020 | Goldner Capital Management LLC | 99% |
| Parkside Union MGMT Holdings LLC | 88-1266460 | January 6, 2021 | Goldner Capital Management LLC | 100% |
| SG Tennessee Healthcare Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| SG Tennessee SNF Management Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| SG Tennessee SNF Realty Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| Texas MGMT Holdings LLC | Disregarded | June 22, 2020 | Goldner Capital Management LLC | 99% |
| UP MGMT Holdings LLC | 86-1757869 | January 21, 2021 | Goldner Capital Management LLC | 99% |
| Viviant Care Management LLC | None | Not Available | Goldner Capital Management LLC | 99% |
| Wash Three MGMT Holdings LLC | 86-1640038 | January 21, 2021 | Goldner Capital Management LLC | 100% |
| Westbrook Consulting LLC | 87-3938173 | June 17, 2020 | Goldner Capital Management LLC | 100% |

**Fill in this information to identify the case:**

Debtor name    **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **24-73789**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Capital Source, LLC** | | |
|---|---|---|---|

| | Creditor's Name | Describe debtor's property that is subject to a lien | **$20,600,000.00** | **Unknown** |

**2980 Beverly Glen Circle
Suite 300
Los Angeles, CA 90077**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.2 | **Chana Kahan** | Describe debtor's property that is subject to a lien | **$2,739,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Pledged Membership Interests**

**1531 55th Street
Brooklyn, NY 11219**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☑ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Finance Holding Co. LLC** | Describe debtor's property that is subject to a lien | **$1,358,132.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**UCC Filed - personal property**

**100 S Citrus Ave**
**Los Angeles, CA 90036**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.4 | **Leslie Kahan** | Describe debtor's property that is subject to a lien | **$2,737,750.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Pledged Membership Interests**

**1531 55th Street**
**Brooklyn, NY 11219**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$27,434,882.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**          Case number (if known)    **24-73789**
          _____
                        Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Source, LLC**<br>**c/o John Zummo, Esq.**<br>**Gutnicki LLP**<br>**4711 Golf Road, Suite 200**<br>**Skokie, IL 60076** | Line  **2.1** | |
| **Capital Source, LLC**<br>**c/o Gutnicki LLP**<br>**45 Rockefeller Plaza**<br>**Suite 2000**<br>**New York, NY 10111** | Line  **2.1** | |
| **Capital Source, LLC**<br>**c/o Cooley LLP**<br>**55 Hudson Yards**<br>**New York, NY 10001-2157** | Line  **2.1** | |
| **Capital Source, LLC**<br>**c/o Fenigstein & Kaufman**<br>**Ste 2300, S. Jack Fenigst**<br>**1900 Avenue of the Stars**<br>**Los Angeles, CA 90067** | Line  **2.1** | |
| **Capital Source, LLC**<br>**c/o Michael S. Ackerman**<br>**Jones Ackerman, Ste 2300**<br>**1900 Avenue of the Stars**<br>**Los Angeles, CA 90067** | Line  **2.1** | |
| **The Capital Foresight**<br>**Limited Partnership**<br>**2980 Beverly Glen Circle**<br>**Suite 300**<br>**Los Angeles, CA 90077** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **24-73789**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$765,386.64** |
|---|---|---|---|
| | **1927 Coney Island LLC**<br>**c/o Sinayskaya Yuniver PC**<br>**710 Avenue U**<br>**Brooklyn, NY 11223-4134** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000,000.00** |
|---|---|---|---|
| | **7000 Cochran Road**<br>**25550 Chagrin Blvd**<br>**Suite 103**<br>**Beachwood, OH 44122** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500,000.00** |
|---|---|---|---|
| | **Advantage Capital**<br>**1180 Avenues of America**<br>**21st Floor**<br>**New York, NY 10036** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Guaranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,000.00** |
|---|---|---|---|
| | **Align Executive Search**<br>**c/o Relin Goldstein Crane**<br>**28 East Main St**<br>**Suite 1800**<br>**Rochester, NY 14614** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00** |
|---|---|---|---|

**Apex Construction Mgmt**
**7366 N. Lincoln Ave**
**Suite 105**
**Lincolnwood, IL 60712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Baker Donelson**
**100 Light Street**
**19th Floor**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175,000.00** |
|---|---|---|---|

**Benesch Law**
**1155 6th Avenue**
**26th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$296,645.92** |
|---|---|---|---|

**Bristol Facilities Co.**
**c/o Walker Morrison**
**12140 Wickchester Lane**
**Suite 100**
**Houston, TX 77079-1211**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,100,000.00** |
|---|---|---|---|

**Capital Funding Group**
**2455 House Street**
**Baltimore, MD 21230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Guaranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Daryl Hanes**
**1372 Grantleigh Road**
**Cleveland, OH 44121**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Alvarez**
**c/o Peterson & Assoc. PC**
**Attn: Kevin Young**
**801 W 47th St. Suite, 107**
**Kansas City, MO 64112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,904.93** |
|---|---|---|---|

**Duggan Prop. Serv., Inc**
**c/o Kramer & Frank PC**
**11960 Westline Indus. Dr.**
**Suite 180**
**Saint Louis, MO 63146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Lawsuit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**eCapital**
**8 West 40th St**
**14th Floor**
**New York, NY 10018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revolver line of credit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,546,390.00** |
|---|---|---|---|

**Emerald Debt 1 LLC**
**152 W. 57th Street**
**3rd Floor**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Lawsuit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Fenigstein & Kaufman**
**1900 Avenue of the Stars**
**Suite 2300**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Legal Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,000,000.00** |
|---|---|---|---|

**Greystone Emerald Group**
**2980 N.E 207th Street**
**Suite 404**
**Miami, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Guaranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,250,000.00** |
|---|---|---|---|

**Hunter Management**
**2201 Main St.**
**Evanston, IL 60202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Husch Blackwell**
**620 Bolivar Street**
**Suite 300**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Legal Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kallisti Simons-Wylie**
**c/o Kevin Timothy Young**
**801 W 47th St. Suite 107**
**Kansas City, MO 64112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Lasha Lewis**
**c/o Sorrell and Traube**
**4378 Lindell Blvd.**
**Saint Louis, MO 63108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750,000.00** |
|---|---|---|---|

**MonticelloAM, LLC**
**600 3rd Avenue**
**New York, NY 10116**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Guaranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nat'l Fire & Marine Ins.**
**c/o Helper Broom, LLC**
**701 Market Street**
**Suite 1400**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Neuberger, Quinn, Gielen,**
**Rubin & Gibber PA**
**1 South Street, 27th Fl**
**Attn: Brian Flank, Esq.**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526,844.00** |
|---|---|---|---|

**Normandy Insurance Co.**
**c/o Panteris & Panteris**
**35-16 Bell Boulevard**
**Suite 201**
**Bayside, NY 11361**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,000.00** |
|---|---|---|---|

**Pharos Exec. Search LLC**
**c/o Turcotte Law, P.C.**
**575 Madison Ave, Ste 1006**
**New York, NY 10022**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Roberta Wilson**
**c/o Robenalt Law Firm**
**23550 Center Ridge Road,**
**Suite 103**
**Westlake, OH 44145**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$492,583.40** |
|---|---|---|---|

**Shiftmed, LLC**
**c/o Lanthrop GPM**
**2345 Grand Blvd.**
**Suite 2200**
**Kansas City, MO 64108**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00** |
|---|---|---|---|

**Susan Goldner**
**22 Herrick Drive**
**Lawrence, NY 11559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tracy Thiemann**
**c/o Dreesen Law Firm**
**13321 N. Outer 40 Road**
**Suite 500**
**Chesterfield, MO 63017**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,248,219.99** |
|---|---|---|---|

**Vertical Health Services**
**15406 Meridian Ave E**
**Ste 201**
**Puyallup, WA 98375**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

**Victor Jacobs**
**c/o Steele Law Firm**
**2909 Wyandotte Ave**
**Suite 100**
**Kansas City, MO 64108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**West Cnty. Prop. Holdings**
**c/o Matthew S. Layfield**
**7676 Forsythe Blvd.**
**Suite 800**
**Saint Louis, MO 63105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**X-Caliber Funding LLC**
**3 W. Main St**
**Suite 103**
**Irvington, NY 10533**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$4,000,000.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Guaranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for debts listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **7000 Cochran Road**<br>**c/o Coey Law Firm, LLC**<br>**Attn: G. Brenda Coey**<br>**5344 Limerick Ave., N.W.**<br>**North Canton, OH 44720** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Benesch Law**<br>**200 Public Square**<br>**Suite 2300**<br>**Attn: Daniel J. O'Brien**<br>**Cleveland, OH 44114** | Line __3.7__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Bristol Facilities Co.**<br>**c/o Warner & Scheurman**<br>**6 W. 18th Street, Fl 10**<br>**Attn: Jonathon D. Warner**<br>**New York, NY 10011–4608** | Line __3.8__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Capital Funding Group**<br>**c/o Blank Rome LLP**<br>**444 West Lake Street**<br>**Suite 1650**<br>**Chicago, IL 60606** | Line __3.9__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number (if known) | **24-73789** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.5 | **Capital Funding Group**<br>**c/o Patton Wagner & Assoc**<br>**114 Westwoods Drive**<br>**Liberty, MO 64068** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Daryl Haynes**<br>**c/o Goldstein & Goldstein**<br>**25550 Chagrin Blvd.**<br>**Suite 240**<br>**Beachwood, OH 44122** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Donna Alvarez**<br>**c/o Dreesen Law Firm**<br>**13321 N. Outer 40 Road**<br>**Suite 500**<br>**Chesterfield, MO 63017** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Emerald Debt 1 LLC**<br>**c/o Buckingham Doolittle**<br>**Attn: Christopher Niekamp**<br>**3800 Embassy Pkwy Ste 300**<br>**Akron, OH 44333** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Emerald Debt 1 LLC**<br>**c/o Buckingham Doolittle**<br>**Attn: Jacob A. Kelly**<br>**1375 E. 9th St., Ste 1700**<br>**Cleveland, OH 44114** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kallisti Simons-Wylie**<br>**c/o Duane Mathew Dreesen**<br>**13321 N. Outer 40 Road**<br>**Suite 500**<br>**Chesterfield, MO 63017** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Roberta Wilson**<br>**c/o Dworken & Bernstein**<br>**1468 W. 9th Street**<br>**Suite 135**<br>**Cleveland, OH 44113** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Shiftmed, LLC**<br>**7925 Jones Branch Drive**<br>**Suite 1100**<br>**Mc Lean, VA 22102** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Shiftmed, LLC**<br>**c/o Schulze, Cox & Will**<br>**110 S. Main St.**<br>**Marysville, OH 43040** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 65,401,974.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 65,401,974.88 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>GOLDNER CAPITAL MANAGEMENT LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>24-73789</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease, 20 Sunrise Highway, Suite #306, Valley Stream, New York**<br><br>State the term remaining — **August 31, 2028**<br><br>List the contract number of any government contract | **20 Sunrise LLC**<br>**20 E Sunrise Highway**<br>**Valley Stream, NY 11581** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining — **1 Year**<br><br>List the contract number of any government contract | **Apex Global Solutions LLC**<br>**400 Rella Blvd.**<br>**Suite 200**<br>**Montebello, NY 10901** |

**Fill in this information to identify the case:**

Debtor name    **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **24-73789**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1   **GCM Chattanooga LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **GCM Manager LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **GCM Manager LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **MonticelloAM, LLC** | ☐ D _____ <br> ■ E/F   **3.21** <br> ☐ G _____ |
| 2.4   **GCM Parkside LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Chana Kahan** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   **GCM Parkside LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Leslie Kahan** | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **GOLDNER CAPITAL MANAGEMENT LLC**          Case number *(if known)*  **24-73789**

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| 2.6 | **GCM Parkside LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **MonticelloAM, LLC** | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **GCM UP LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Finance Holding Co. LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **GCM UP LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Chana Kahan** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **GCM UP LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Leslie Kahan** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **GCM Wash LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Finance Holding Co. LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **GCM Wash LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Chana Kahan** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **GCM Wash LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Leslie Kahan** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Glen Oaks Healthcare LLC** | **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **GOLDNER CAPITAL MANAGEMENT LLC**

Case number *(if known)*   **24-73789**

---

█  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Goldner Family Trust** | 20 East Sunrise Highway Valley Stream, NY 11581 | **Capital Source, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 **LHW Master Tenant LLC** | 20 East Sunrise Highway Valley Stream, NY 11581 | **Capital Funding Group** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.16 **Missouri MT Holdings LLC** | 20 East Sunrise Highway Valley Stream, NY 11581 | **Capital Source, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 **Missouri OP Holdings LLC** | 20 East Sunrise Highway Valley Stream, NY 11581 | **Capital Source, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 **Parkside Union OP** | **Holdings LLC** 20 East Sunrise Highway Valley Stream, NY 11581 | **MonticelloAM, LLC** | ☐ D ____<br>■ E/F __3.21__<br>☐ G ____ |
| 2.19 **Parkside Union Propco** | **Holdings LLC** 20 East Sunrise Highway Valley Stream, NY 11581 | **MonticelloAM, LLC** | ☐ D ____<br>■ E/F __3.21__<br>☐ G ____ |
| 2.20 **Samuel Goldner** | 20 East Sunrise Highway Valley Stream, NY 11581 | **Capital Source, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number *(if known)* | **24-73789** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | **SIRO OP Royal Oak LLC**    **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.22 | **TANDC Properties Missouri**    **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **WT CHAT Properties LLC**    **20 East Sunrise Highway Valley Stream, NY 11581** | **Capital Source, LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **GOLDNER CAPITAL MANAGEMENT LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **24-73789**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br><br>■ Other   **Direct subsidiaries do not generate revenue.** | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   **See Attachment B** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number *(if known)* **24-73789** |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attachment C** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **1927 Coney Island LLC v. Goldner Capital Management, LLC, et. al.**<br>**502392/2022** | **Breach of Contract** | **New York, Kings Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **7000 Cochran Holdings, LLC v. Goldner Capital Management LLC, et al.**<br>**CV-23-984979** | **Breach of Contract** | **Ohio, Cuyahoga County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Align Executive Search, LLC v. Goldner Capital Management, LLC**<br>**530419/2023** | **Breach of Contract** | **New York, Kings Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   **Bristol Facilities Company, Inc. v. Goldner Capital Management, LLC**<br>**604528/2024** | **Domesticate Judgment** | **New York, Nassau Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.   **Capital Source, LLC, et. al. v. Samuel Goldner, et. al.**<br>**24-cv-06284-OEM-JAM** | **Breach of Contract/Promissory Note** | **Eastern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **GOLDNER CAPITAL MANAGEMENT LLC**                    Case number *(if known)* **24-73789**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Daryl Haynes, Etc. v. Strat OP LLC, Etc. et al.**<br>**CV-23-980585** | **Medical Malpractice** | **Ohio, Cuyahoga County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Donna Alvarez, et. al. v. Abbey Woods Operation, et. al.**<br>**22BU-CC00335** | **Wrongful Death** | **Missouri, Buchanon County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Duggan Property Services, Inc. v. Goldner Capital Management LLC, et. al.**<br>**23SL-CC04906** | **Breach of Contract** | **Missouri, St. Louis County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Emerald Debt I LLC v. Goldner Capital Management LLC, et al.**<br>**CV-23-989838** | **Breach of Contract** | **Ohio, Cuyahoga County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Goldner Capital Management, LLC, et. al. v. Mayer, Gabriel**<br>**718050/2024** | **Declaratory Judgment** | **New York, Queens Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Lasha Lewis v. TANDC OP, LLC, et. al.**<br>**24SL-CC02629** | **Personal Injury** | **Missouri, St. Louis County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **National Fire & Marine Insurance Company v. Goldner Capital Management, LLC, et. al.**<br>**24-cv-00032-SEP** | **Declaratory Judgment - Coverage Liability** | **Eastern District of Missouri (St. Louis)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Normandy Insurance Company v. Goldner Capital Management LLC**<br>**615073/2023** | **Breach of Contract** | **New York, Nassau Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Pharos Executive Search LLC v. Goldner Capital Management LLC**<br>**612454/2024** | **Breach of Contract** | **New York, Nassau Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Roberta Wilson v. Strat OP LLC, et al.**<br>**CV 23 986370** | **Medical Malpractice** | **Ohio, Cuyahoga County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Shiftmed, LLC v. SRZ OP Ashton LLPC, et. al.**<br>**2316-CV13961** | **Breach of Contract** | **Missouri, Jackson County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Shiftmed, LLC vs. Westchester Parkway Consulting, LLC, et al.**<br>**CV-23-978544** | **Breach of Contract** | **Ohio, Cuyahoga County** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**    Case number *(if known)*  **24-73789**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | **Talbot Rd. S I Healthcare LLC v. Goldner**<br>24-2-03923-6 | | **Washington Superior Court, King County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Tracy Thiemann v. Big River Nursing & Rehabilitation Center, et. al.**<br>24JE-CC00392 | Wrongful Death | **Missouri, Jefferson County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Victor Jacobs v. Blue River MO Consulting, LLC, et. al.**<br>2316-CV26545 | Personal Injury | **Missouri, Jackson County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Webster Bank, N.A. v. Boulevard Terrace SNF Realty LLC et al**<br>3:23-cv-01238 | Dismissed 6/5/24 | **U.S. District Court, M.D. Tenn.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **GOLDNER CAPITAL MANAGEMENT LLC**                    Case number *(if known)*  **24-73789**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Ave Ste 201 Wantagh, NY 11793** | **Retainer** | **10/1/24** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Samuel Goldner** | | | |
| 11.2. | **LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Ave Ste 201 Wantagh, NY 11793** | **Filing Fee** | **10/1/24** | **$1,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Samuel Goldner** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **525 Chestnut Street Cedarhurst, NY** | **October 2019 - July 2022** |
| 14.2. | **1021-1023 38th Street Brooklyn, NY** | **July 2022 - August 2023** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

Debtor  **GOLDNER CAPITAL MANAGEMENT LLC**          Case number *(if known)*  **24-73789**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank** **AL** | **XXXX-1873** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2/28/2024** | **$8,500.00** |
| 18.2. | **Regions Bank** **AL** | **XXXX-2819** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/16/2024** | **$21.31** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | Case number *(if known)* | **24-73789** |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Debtor | **GOLDNER CAPITAL MANAGEMENT LLC** | Case number *(if known)* | **24-73789** |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **See Attachment A** | | **EIN:** |
| | | **From-To** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Abi Goldenberg**<br>**Martin Friedman CPA**<br>**2600 Nostrand Avenue**<br>**Brooklyn, NY 11210** | **Tax Preparation** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel Goldner** | **20 East Sunrise Highway**<br>**Valley Stream, NY 11581** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Goldner Family Trust** | **20 East Sunrise Highway**<br>**Valley Stream, NY 11581** | **Member** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | GOLDNER CAPITAL MANAGEMENT LLC | Case number *(if known)* | 24-73789 |
|---|---|---|---|

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SoFA #4** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2024**

**/s/ Samuel Goldner**                                           **Samuel Goldner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re    **GOLDNER CAPITAL MANAGEMENT LLC**                    Case No.    **24-73789**
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A

**ATTACHMENT A**

**Schedule B #15**
**SoFA #25**

| Entity | EIN | Formation Date | Owner | Membership Interest |
|---|---|---|---|---|
| Camb MGMT Holdings LLC | Disregarded | September 8, 2020 | Goldner Capital Management LLC | 99% |
| Cleveland Two MGMT LLC | 85-1876293 | July 9, 2020 | Goldner Capital Management LLC | 99% |
| GCM 2019 MO-11 LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| GCM Alamo LLC | None | March 29, 2022 | Goldner Capital Management LLC | 100% |
| GCM Camb LLC | Disregarded | September 8, 2020 | Goldner Capital Management LLC | 100% |
| GCM Chattanooga LLC | None | October 5, 2021 | Goldner Capital Management LLC | 100% |
| GCM Cleveland LLC | Disregarded | June 17, 2020 | Goldner Capital Management LLC | 100% |
| GCM Expenses LLC | None | January 2, 2020 | Goldner Capital Management LLC | 99% |
| GCM HHC MO LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| GCM Hospice Missouri LLC | Disregarded | June 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM Hospice Ohio LLC | 86-1511922 | November 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM Missouri LLC | None | January 2, 2020 | Goldner Capital Management LLC | 100% |
| GCM OH LLC | Disregarded | January 5, 2021 | Goldner Capital Management LLC | 100% |
| GCM Ohio LLC | Disregarded | July 10, 2020 | Goldner Capital Management LLC | 100% |
| GCM Operating LLC | None | July 12, 2019 | Goldner Capital Management LLC | 100% |
| GCM Parkside LLC | 86-158594 | January 6, 2021 | Goldner Capital Management LLC | 100% |
| GCM RRG LLC | None | September 29, 2021 | Goldner Capital Management LLC | 100% |
| GCM St Joe LLC | None | July 28, 2022 | Goldner Capital Management LLC | 100% |
| GCM Texas LLC | Disregarded | October 16, 2020 | Goldner Capital Management LLC | 100% |
| GCM UP LLC | Disregarded | January 21, 2021 | Goldner Capital Management LLC | 100% |
| GCM Wash LLC | Disregarded | January 21, 2021 | Goldner Capital Management LLC | 100% |
| GCM West LLC | None | February 10, 2022 | Goldner Capital Management LLC | 100% |
| Missouri MGMT Holdings LLC | 87-3875344 | January 2, 2020 | Goldner Capital Management LLC | 100% |
| OH MGMT Holdings LLC | Disregarded | January 5, 2021 | Goldner Capital Management LLC | 99% |
| Ohio Four MGMT Holdings LLC | 85-2660125 | July 28, 2020 | Goldner Capital Management LLC | 99% |
| Parkside Union MGMT Holdings LLC | 88-1266460 | January 6, 2021 | Goldner Capital Management LLC | 100% |
| SG Tennessee Healthcare Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| SG Tennessee SNF Management Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| SG Tennessee SNF Realty Holdings LLC | Not Available | Not Available | Goldner Capital Management LLC | 100% |
| Texas MGMT Holdings LLC | Disregarded | June 22, 2020 | Goldner Capital Management LLC | 99% |
| UP MGMT Holdings LLC | 86-1757869 | January 21, 2021 | Goldner Capital Management LLC | 99% |
| Viviant Care Management LLC | None | Not Available | Goldner Capital Management LLC | 99% |
| Wash Three MGMT Holdings LLC | 86-1640038 | January 21, 2021 | Goldner Capital Management LLC | 100% |
| Westbrook Consulting LLC | 87-3938173 | June 17, 2020 | Goldner Capital Management LLC | 100% |

In re    **GOLDNER CAPITAL MANAGEMENT LLC**                    Case No.    **24-73789**
                                    Debtor(s)


# STATEMENT OF FINANCIAL AFFAIRS
## Attachment B

**ATTACHMENT B**

**SoFA # 3**

| Creditor Name | Insider (YES/NO) | Dates | Total Amount |
|---|---|---|---|
| 20 Sunrise LLC | No | 7/29/2024<br>8/7/2024<br>9/12/2024 | -$46,858.20 |
| Apex Global Solutions LLC | No | 7/29/2024<br>8/23/2024 | -$50,000.00 |
| Bendin, Sumrall Ladner, LLC | No | 8/15/2024 | -$10,000.00 |
| Capital Change LTD LLC | No | 8/29/2024 | -$10,500.00 |
| Care First Realty Holdings LLC | No | 7/30/2024 | -$15,000.00 |
| David's Landscaping | No | 8/19/2024<br>9/16/2024 | -$20,000.00 |
| Dickson Frohlich Phillips Burgess | No | 9/12/2024 | -$35,000.00 |
| ECapIntel, LLC | No | 8/19/2024 | -$25,000.00 |
| Eli Katzler | No | 8/2/2024 | -$50,000.00 |
| Husch Blackwell LLP | No | 7/29/2024 | -$15,000.00 |
| Joe Passanise | No | 7/5/2024 | -$50,000.00 |
| Joshua D Ray | No | 7/31/2024 | -$25,000.00 |
| Law Office of David E. Miller LLC | No | 9/12/2024 | -$10,742.70 |
| McGlinchey Stafford | No | 9/12/2024 | -$40,000.00 |
| McGrail-Bensinger | No | 7/29/2024 | -$15,000.00 |
| McGuireWoods LLP | No | 7/29/2024 | -$50,000.00 |
| McNaul Ebel Nawrot | No | 9/25/2024 | -$45,037.00 |
| Missouri Lawyers IOLTA Trust Account | No | 8/14/2024<br>8/27/2024 | -$22,500.00 |
| National Datacare Corporation | No | 7/19/2024<br>8/1/2024<br>9/5/2024<br>9/30/2024 | -$9,133.90 |
| National Payment Corp | No | 7/31/2024<br>8/30/2024<br>10/1/2024 | -$107,739.74 |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | No | 7/29/2024<br>8/19/2024<br>9/12/2024 | -$115,000.00 |
| Noonan Lieberman, Ltd | No | 8/1/2024 | -$10,000.00 |
| Serenity Healthcare Services LLC | No | 7/29/2024 | -$21,754.93 |
| Summers Compton Wells LLC | No | 7/29/2024<br>7/31/2024<br>9/12/2024<br>9/25/2024 | -$80,000.00 |
| The Sader Law Firm | No | 8/16/2024 | -$8,606.46 |
| TJ Weyls IOLTA | No | 7/29/2024 | -$25,000.00 |

**ATTACHMENT B**

**SoFA # 3**

| Creditor Name | Insider (YES/NO) | Dates | Total Amount |
|---|---|---|---|
| Transfer to Payroll Account | No | 7/30/2024 | -$10,000.00 |
| United Healthcare | No | 8/23/2024 9/13/2024 9/24/2024 | -$26,990.70 |
| Vertical Health Services | No | 8/8/2024 8/30/2024 | -$46,222.97 |
| Williams Mullen Clark and Dobbins | No | 7/16/2024 8/2/2024 9/4/2024 9/23/2024 | -$43,000.00 |
| Zimmet Healthcare Services Group | No | 7/31/2024 9/9/2024 | -$27,500.00 |

In re    **GOLDNER CAPITAL MANAGEMENT LLC**                          Case No.    **24-73789**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
**Attachment C**

**ATTACHMENT C**

**SoFA # 4**

| Name | Relationship | Dates | Total Amount | Description |
|---|---|---|---|---|
| Leslie & Chana Kahan | Principal's Grandparents | 7/30/2024<br>9/12/2024 | -$100,000.00 | Repayment of Loan |
| PREST Op LLC | Affiliate | 2/8/2024<br>2/22/2024<br>4/26/2024<br>6/4/2024<br>7/29/2024<br>7/30/2024<br>8/2/2024<br>8/14/2024<br>9/10/2024 | -$111,000.00 | Intercompany loan |
| Samuel Goldner | Principal | 3/1/2024<br>3/4/2024<br>3/11/2024<br>4/9/2024<br>4/26/2024<br>5/7/2024<br>6/6/2024<br>7/29/2024 | -$304,000.00 | Payroll |
| Susan Goldner | Principal's Mother | 5/7/2024<br>7/29/2024 | -$125,000.00 | Repayment of Loan |