UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                            Chapter 11
                                                                                         Case No. 24-73789 (AST)
GOLDNER CAPITAL MANAGEMENT LLC, et al.,   (Jointly Administered)

                              Debtors.
---------------------------------------------------------------X

## ORDER EXTENDING EACH DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Upon the motions dated October 9, 2024 ("Motion")[1] and the Notice of Hearing of the Motions of Goldner Capital Management LLC, GCM Manager LLC, GCM Parkside LLC, GCM UP LLC, GCM Wash LLC, LHW Master Tenant LLC, and Missouri MT Holdings LLC (each a "Debtor" and together, "Debtors")[2], the Chapter 11 Debtors and Debtors-in-Possession herein, by and through its proposed counsel, LaMonica Herbst and Maniscalco, LLP, for the entry of an order, pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rules 1007 and 9006, extending each Debtor's time to file its schedules of assets and liabilities and statement of financial affairs (collectively, "Schedules") pursuant to Bankruptcy Rule 1007(c); and the Court having reviewed the Motions; and the Court having heard the statements of counsel in support of the relief requested in the Motions at the hearing held before the Court on October 16, 2024 at 1:30 p.m. ("Hearing"), the transcript of which is hereby incorporated herein by reference; and the Court having jurisdiction to consider the Motions and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motions and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2]     Pursuant to Order of the Court dated October 22, 2024, the Chapter 11 cases of Goldner Capital Management LLC, GCM Manager LLC, GCM Parkside LLC, GCM UP LLC, GCM Wash LLC, LHW Master Tenant LLC and Missouri MT Holdings LLC have been procedurally consolidated and are being jointly administered.

to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motions and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED,** that the time for each Debtor to file the Schedules required by Bankruptcy Rule 1007(b) be, and hereby is, enlarged and extended pursuant to Bankruptcy Rule 1007(c) through and including October 31, 2024; and it is further

**ORDERED**, that the entry of this Order shall be without prejudice to each Debtor's right to seek a further extension of the time to file its Schedules.



Dated: November 14, 2024
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge