# BANK STATEMENTS

```
                                            Statement Period
                                       From October   28, 2024
                                       To   October   31, 2024
                                       Page     1 of     2

                                       PRIVATE CLIENT GROUP 204
                                       6321 NEW UTRECHT AVENUE
                                       BROOKLYN, NY 11219
```

GOLDNER CAPITAL MANAGEMENT LLC DIP       8-204
DEBTOR IN POSSESSION
CASE #8 24 73789 AST
20 E SUNRISE HWY
VALLEY STREAM NY  11581                    See Back for Important Information


Primary Account: ████8251              0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES. HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8251    BANKRUPTCY CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

Statement Period
From October   28, 2024
To   October   31, 2024
Page      2 of      2

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

GOLDNER CAPITAL MANAGEMENT LLC DIP      8-204
DEBTOR IN POSSESSION
CASE #8 24 73789 AST
20 E SUNRISE HWY
VALLEY STREAM NY  11581

See Back for Important Information

Primary Account: ████8251          0

BANKRUPTCY CHECKING          ████8251

Summary

Previous Balance as of October   28, 2024                                    .00

There was no deposit activity during this statement period

Ending Balance as of   October   31, 2024                                    .00



PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

GOLDNER CAPITAL MANAGEMENT LLC          8-204
PAYROLL ACCOUNT
400 RELLA BLVD STE 200
SUFFERN NY  10901

See Back for Important Information

Primary Account: ▌▬▬2181          0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▬▬2181      MONOGRAM CHECKING | 26,017.90 | 385.42 |
| RELATIONSHIP TOTAL | | 385.42 |



PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

GOLDNER CAPITAL MANAGEMENT LLC          8-204
PAYROLL ACCOUNT
400 RELLA BLVD STE 200
SUFFERN NY  10901

See Back for Important Information

Primary Account:      2181          0

MONOGRAM CHECKING                  2181

Summary

| | |
|---|---|
| Previous Balance as of October   01, 2024 | 26,017.90 |
| 2 Debits | 25,632.48 |
| Ending Balance as of   October   31, 2024 | 385.42 |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Oct 01 | OUTGOING WIRE XFER | 25,580.48 |
| | REF#  20241001B6B7261F000614 | |
| | TO:    NATIONAL PAYMENT CORP          ABA:   091408598 | |
| | BANK: FST PREM SX FLS                 ACCT# | |
| Oct 03 | NEGOTIABLE ITEMS WD | 52.00 |

Daily Balances

| | | | | |
|---|---|---|---|---|
| Sep 30 | 26,017.90 | | Oct 03 | 385.42 |
| Oct 01 | 437.42 | | | |

Rates for this statement period – Overdraft
          Oct 01, 2024   17.750000  %



PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219


GOLDNER CAPITAL MANAGEMENT LLC          8-204
OPERATING ACCOUNT
400 RELLA BLVD STE 200
SUFFERN NY  10901

                                    See Back for Important Information


                       Primary Account: ███████2173          0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████2173    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |



PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

GOLDNER CAPITAL MANAGEMENT LLC          8-204
OPERATING ACCOUNT
400 RELLA BLVD STE 200
SUFFERN NY  10901

See Back for Important Information

Primary Account: ████2173          0

MONOGRAM CHECKING             █████2173

Summary

 Previous Balance as of October   01, 2024                              .00

 There was no deposit activity during this statement period

 Ending Balance as of    October   31, 2024                            .00


Rates for this statement period - Overdraft
               Oct 01, 2024   17.750000  %



**CHASE ✦**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024

Account Number:  ███ 5839

00039738 DRE 802 143 30624 NNNNNNNNNNN T 1 000000000 64 0000

SOLOMON INVESTMENTS LLC
501 CARR RD STE 100
WILMINGTON DE 19809-2866

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



---

## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$842.01** |
| ATM & Debit Card Withdrawals | 4 | -151.78 |
| **Ending Balance** | 4 | **$690.23** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking^SM account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $690.23.
- $2,000 Chase Payment Solutions^SM Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink^® Business Card Activity: $2,747.63 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking^SM account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Card Purchase With Pin  10/02 Eichler's Brooklyn NY Card 4726 | $100.13 |
| 10/04 | Card Purchase        10/02 Kings Valley Fruit Inc Brooklyn NY Card 4726 | 6.18 |
| 10/04 | Card Purchase        10/02 Sushi Meshuga 3 Brooklyn NY Card 4726 | 15.47 |
| 10/09 | Card Purchase With Pin  10/09 Gulf Oil 92061462 Brooklyn NY Card 4726 | 30.00 |
| **Total ATM & Debit Card Withdrawals** | | **$151.78** |

## ATM & DEBIT CARD SUMMARY

Samuel Goldner  Card 4726

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $151.78 |
| Total Card Deposits & Credits | $0.00 |



October 01, 2024 through October 31, 2024

Account Number: ▮▮▮▮▮▮▮5839

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $151.78 |
| Total Card Deposits & Credits | $0.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/02 | $741.88 |
| 10/04 | 720.23 |
| 10/09 | 690.23 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**