**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.*®

**Joseph S. Maniscalco, Esq.**
Member
p: 516.826.6500 x218
jsm@lhmlawfirm.com

December 10, 2024

**By ECF**
Honorable Alan S. Trust
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

Re:  Goldner Capital Management LLC, <u>et al.</u> Chapter 11
 <u>Case No. 24-73789 (AST)</u>
 <u>(Jointly Administered)</u>

Dear Chief Judge Trust:

As this Court is aware, this firm represents Goldner Capital Management LLC, GCM Manager LLC, GCM Parkside LLC, GCM UP LLC, GCM Wash LLC, LHW Master Tenant LLC, and Missouri MT Holdings LLC ("Debtors").

Reference is made to the motion to dismiss filed by Capital Source, LLC [Dkt 20]. The parties have agreed to adjourn the hearing scheduled for December 16, 2024, and have agreed to a Joint Proposed Discovery Plan, subject to this Court's approval.

Attached please find the proposed Consensual Discovery Control Plan for your Honor's review and approval.

Thank you for the Court's attention to this matter. Should the Court have any questions, please feel free to have a member of your staff contact us.

Respectfully submitted,
*/s/ Joseph S. Maniscalco*
Joseph S. Maniscalco

cc: Max Schlan, Esq.
 Elizabeth Boydston, Esq.