

**GCM MANAGER LLC**
**OWNERSHIP STRUCTURE**



The undersigned certifies the accuracy of the foregoing to the best of his knowledge as of March 13, 2025:

Samuel Goldner [Mar 13, 2025 15:07 EDT]

Samuel Goldner

4889-0185-5295, v. 1 / 7168.28



| Investors | MT & OP |
|---|---|
| Susan Goldner | 4.382% |
| Chana Kahan | 11.676% |
| Leslie Kahan | 3.546% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Talia Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Zachary Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Abraham Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Aviva Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Aaron Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Akiva Mayer | 1.662% |
| Aaron Mayer | 1.359% |
| Gabriel Mayer | 2.371% |
| CF Care, LLC | 19.646% |
| *Total* | *52.952%* |

**MISSOURI LONG-TERM CARE PORTFOLIO**
**(Upper Tier Ownership)**

**Goldner Family Trust**
(DE)
Trustee: Christiana Trust Company of Delaware

100%

**Goldner Capital Management LLC**
*(formerly known as Solomon Investments LLC)*
(DE)
Manager: Samuel Goldner

100%    100%    99%

**GCM Missouri LLC**
(DE)
Manager:  Samuel Goldner

47.048%

**Westbrook Consulting LLC**
(DE)
Manager:  Samuel Goldner

1%

**Missouri MT Holdings LLC**
(DE)
*Managers: GCM Manager LLC*

100%

*Master Tenant Holding Companies x5 and additional Tenant companies*

**Missouri OP Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

100%

*Operating Holding Companies x4*

**Missouri MGMT Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

100%

*Management Holding Companies x4*

4894-1001-4500, v. 2 / 7168.56

Page 1

## MISSOURI LONG-TERM CARE PORTFOLIO
### (Tenant Holding Company Structure)



*Missouri MT Holdings LLC also owns 100% of the interests in certain other non-holdco subsidiaries as depicted on the property-level org charts below*



WASHINGTON
PROPOSED STRUCTURE CHART
(Renton & Talbot)

**Goldner Family Trust**
(DE)
Trustee: Christiana Trust Company of Delaware

100%

**Goldner Capital Management LLC**
*(formerly known as Solomon Investments LLC)*
(DE)
*Manager: Samuel Goldner*

***Other Investors
(none, other than Samuel
Goldner, owning 5% or more of
the membership interests)
See page 4***

William J. Miller Profit share Converted into equity

100%

**GCM Wash LLC**
(DE)
*Manager:  Samuel Goldner*

50%          5%          45%

**Wash Three Propco Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

**Wash Three OP Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

100%          100%          100%

*Subordinated
Loans x2*

*Propco Subsidiaries x2
(see page 2)*

*Opco Subsidiaries x2
(see page 2)*

*Management
Agreements*

**Wash Three MGMT Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

4854-2925-9016, v. 2 / 7168.24



| Property Owner | Property Address |
|---|---|
| WA3 Properties Renton LLC | 80 SW 2nd Street, Renton, WA 98057 |
| WA3 Properties Talbot LLC | 4430 Talbot Road South, Renton, WA 98055 |

## GCM MANAGER LLC
### OWNERSHIP STRUCTURE

```
          ┌─────────────────┐
          │     Samuel      │
          │    Goldner      │
          └─────────────────┘
                 100%
   ┌──────────────────────────────────┐
   │                                  │
   │        GCM Manager LLC           │
   │             (DE)                 │
   │    Manager:  Samuel Goldner      │
   │                                  │
   └──────────────────────────────────┘
```

## List of Investors

| | |
|---|---|
| GCM Wash LLC | 50.00000% |
| Chana Kahan | 4.66200% |
| Leslie Kahan | 4.66200% |
| Susan Goldner | 1.74825% |
| Samuel Goldner | 5.31470% |
| Menachem Bensinger | 0.97902% |
| NPNH1 LLC | 4.66200% |
| Alter Investment Holdings, LP | 1.16550% |
| Marsha Yun Beard Revocable Trust | 2.62238% |
| Ronald P. Beard Trust | 4.37063% |
| Philippe D. Katz | 2.33100% |
| GM Evercore Venture LLC | 2.62238% |
| Gregory and Dora Binkiewicz, TBE | 3.49650% |
| MFT 2020 LLC | 3.78788% |
| MCP Holdings LLC | 4.19580% |
| Mara Beard | 0.29138% |
| Isaac Tessler and Miriam Tessler, TBE | 1.16550% |
| Alter Levitin | 1.16550% |
| Restated and Amended Gradon Living Trust | 0.58275% |
| Alexander Yuz | 0.17483% |
| Total | 100.00000% |

The undersigned certifies the accuracy of the foregoing to the best of his knowledge as of March 13, 2025:

Samuel Goldner [Mar 13, 2025 10:07 EDT]

Samuel Goldner

4854-2925-9016, v. 2 / 7168.24



**GCM MANAGER LLC**
**OWNERSHIP STRUCTURE**



The undersigned certifies the accuracy of the foregoing to the best of his knowledge as of March 13, 2025:

Samuel Goldner

4883-6684-4680, v. 2 / 7168.24