**EXHIBIT 2**



| Investors | MT & OP |
|---|---|
| Susan Goldner | 4.382% |
| Chana Kahan | 11.676% |
| Leslie Kahan | 3.546% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Talia Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Zachary Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Abraham Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Aviva Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Aaron Mayer | 1.662% |
| Helene Mayer 2007 Irrevocable Exempt Trust fbo Akiva Mayer | 1.662% |
| Aaron Mayer | 1.359% |
| Gabriel Mayer | 2.371% |
| CF Care, LLC | 19.646% |
| *Total* | *52.952%* |

**MISSOURI LONG-TERM CARE PORTFOLIO**
**(Upper Tier Ownership)**

**Goldner Family Trust**
(DE)
Trustee: Christiana Trust Company of Delaware

100%

**Goldner Capital Management LLC**
*(formerly known as Solomon Investments LLC)*
(DE)
Manager: Samuel Goldner

100%    100%    99%

**GCM Missouri LLC**
(DE)
Manager:  Samuel Goldner

47.048%

**Westbrook Consulting LLC**
(DE)
Manager:  Samuel Goldner

1%

**Missouri MT Holdings LLC**
(DE)
*Managers: GCM Manager LLC*

100%

*Master Tenant Holding Companies x5 and additional Tenant companies*

**Missouri OP Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

100%

*Operating Holding Companies x4*

**Missouri MGMT Holdings LLC**
(DE)
*Manager: GCM Manager LLC*

100%

*Management Holding Companies x4*

4894-1001-4500, v. 2 / 7168.56

## MISSOURI LONG-TERM CARE PORTFOLIO
### (Tenant Holding Company Structure)



*\*Missouri MT Holdings LLC also owns 100% of the interests in certain other non-holdco subsidiaries as depicted on the property-level org charts below*