**LAMONICA HERBST & MANISCALCO, LLP**
*Moving Forward. Staying Ahead.®*

**Adam P. Wofse, Esq.**
Partner
p: 516.826.6500 x213
awofse@lhmlawfirm.com

July 25, 2025

**By ECF**
Honorable Alan S. Trust
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

       Re: Goldner Capital Management LLC, <u>et al.</u> (the "Debtors")
          Chapter 11
          <u>Case No. 24-73789 (AST) (Jointly Administered)</u>

All Interested Parties:

   This firm is counsel to the above jointly administered Debtors.

   This letter shall confirm that all matters presently scheduled for August 6, 2025 will be heard **at 10:30 a.m.**

              Respectfully submitted,

              Adam P. Wofse

APW:cv