LAW OFFICES OF
## MCNAUL EBEL NAWROT & HELGREN
A PROFESSIONAL LIMITED LIABILITY COMPANY

600 UNIVERSITY STREET, SUITE 2700
SEATTLE, WASHINGTON 98101-3143
TELEPHONE:  (206) 467-1816
FACSIMILE: (206) 624-5128

DANIEL M. WEISKOPF            E-MAIL: DWEISKOPF@MCNAUL.COM
           Direct (206) 389-9372

MATTHEW J. CAMPOS            E-MAIL:  MCAMPOS@MCNAUL.COM
           Direct (206) 389-9360

July 25, 2025

**VIA CM/ECF**

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

Re: ***Goldner Capital Management LLC, et al. v. Capital Source, LLC, et al.***
**Chapter 11, Lead Case No. 24-73789 (AST)**

Dear Chief Judge Trust:

This letter responds to Debtors' counsel's letter submitted earlier today (Dkt. 359).

While Debtors' counsel initially stated that he would file his own Rule 37 letter, the VHS Parties' counsel did not realize that, in a follow-up email, Debtors' counsel reversed his position and attached a new version of the letter with Debtors' position to be included in the joint Rule 37 Letter.

The failure to include Debtors' position in the joint Rule 37 letter was an inadvertent error and, had Debtors' counsel raised the matter with the VHS Parties' counsel before filing today's letter, the VHS Parties' counsel would have immediately corrected the error.  The VHS Parties' counsel apologizes to the Court and to Debtors' counsel for any inconvenience caused by their error.

           Sincerely,

           *Matt C*

           Matthew J. Campos
           Daniel M. Weiskopf

DMW/MJC:td
cc: All Counsel of Record (vie CM/ECF)